UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Criminal No. 04-10299-PBS |
| v. | ) |
| | )VIOLATIONS: |
| 1. Luz LUCIANO, | ) |
|    a/k/a Chila, | )21 U.S.C. §846 - Conspiracy to |
| 2. Daniel AGUILAR, | )Possess with Intent to |
|    a/k/a "Lik" | )Distribute Cocaine |
| 3. Roberto SOLORIO, | ) |
| 4. Ricardo ESTRADA, | )21 U.S.C. § 853 - Criminal |
| 5. Andres MARTINEZ, | )Forfeiture |
|    a/k/a Castro Casimiro, | ) |
|    a/k/a Joel Zequeira, | ) |
| 6. Jose ROSALES, | ) |
|    a/k/a Tony, | ) |
|    a/k/a Tono, | ) |
|    a/k/a Joel Agostini, | ) |
| 7. Valentin MARTINEZ, | ) |
|    a/k/a Valentin RIVERA, | ) |
|    a/k/a "V", | ) |
|    a/k/a Vale, | ) |
| 8. Kelvin MADERA, | ) |
|    a/k/a Manolo LNU, | ) |
|    a/k/a Manuel GERMOSEN, | ) |
| 9. Abdallah HAMDAN, | ) |
| 10. Ricardo MARTINEZ, | ) |
|    a/k/a Chorizo, | ) |
|    a/k/a Chori, | ) |
| 11. Howard GREENBERG, | ) |
| 12. EDGAR HOFFENS, | ) |
|    a/k/a Carlos Colon Rivera, | ) |
|    a/k/a Tigueron, | ) |
| 13. Rogelio GARCIA, | ) |
|    a/k/a Lacuilla, | ) |
| 14. Javier Angel Romero, | ) |
|    a/k/a Ramon ACOSTA, | ) |
| 15. Cristian GERMOSEN, | ) |
| 16. Juan MARTINEZ, | ) |
|    a/k/a Marcelino Cuevas, | ) |
|    a/k/a Chon, | ) |
| 17. Gerardo Vasseur ORTIZ, | ) |
|    a/k/a Scarface, | ) |
| 18. Phillip ASARO, | ) |
| 19. Silvestre LIZARDI, | ) |

2

```
20. Robert RUSCIO,                    )
21. Giovanni AVILA,                   )
       a/k/a Gio,                     )
       a/k/a the Painter,             )
22. Gilberto ZAYAS,                   )
       a/k/a Tony,                    )
23. Luis DEJESUS,                     )
       a/k/a Edgardo,                 )
24. Benito GRULLON,                   )
       a/k/a "Quico"                  )
```

**Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**     (21 United States Code Section 846 - Conspiracy
                    to Possess with Intent to Distribute Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

```
           1. Luz LUCIANO,
              a/k/a Chila,
           2. Daniel AGUILAR,
              a/k/a "Lik"
           3. Roberto SOLORIO,
           4. Ricardo ESTRADA,
           5. Andres MARTINEZ,
         a/k/a Castro Casimiro,
         a/k/a Joel Zequeira,
           6. Jose ROSALES,
              a/k/a Tony,
              a/k/a Tono,
           a/k/a Joel Agostini,
           7. Valentin MARTINEZ,
         a/k/a Valentin RIVERA,
              a/k/a "V",
```

3

          a/k/a Vale,
      8. Kelvin MADERA,
      a/k/a Manolo LNU,
    a/k/a Manuel GERMOSEN,
      9. Abdallah HAMDAN,
     10. Ricardo MARTINEZ,
          a/k/a Chorizo,
          a/k/a Chori,
      11. Howard GREENBERG,
        12. EDGAR HOFFENS,
    a/k/a Carlos Colon Rivera,
          a/k/a Tigueron,
        13. Rogelio GARCIA,
          a/k/a Lacuilla,
     14. Javier Angel Romero,
         a/k/a Ramon ACOSTA,
       15. Cristian GERMOSEN,
         16. Juan MARTINEZ,
      a/k/a Marcelino Cuevas,
            a/k/a Chon,
     17. Gerardo Vasseur ORTIZ,
           a/k/a Scarface,
        18. Phillip ASARO,
      19. Silvestre LIZARDI,
         20. Robert RUSCIO,
         21. Giovanni AVILA,
             a/k/a Gio,
        a/k/a the Painter,
        22. Gilberto ZAYAS,
             a/k/a Tony,
         23. Luis DEJESUS,
            a/k/a Edgardo,
       24. Benito GRULLON,
           a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

(a)   $1,150.00 in United States currency, seized from
Giovanni Enrique Avila on or about May 1, 2004;

(b)   $19,000.00 in United States currency, seized from
Giovanni's Auto Body, 892 Washington Street, Lynn,
Massachusetts, on or about May 1, 2004;

(c)   a 2000 Freightliner Tractor Classic XL, Vehicle
Identification    No.    1FUPCSEB9YDB42682,    and
California License No. UP20575, registered in the
name of Ricardo Estrada;

(d)   $21,042.00 in U.S. Currency, seized from 29 Hardy
Avenue, Newburyport, Massachusetts, on or about May
1, 2004;

7

(e)   $1,213.00 in U.S. Currency, seized from Silvester
Lizardi, on or about May 1, 2004;

(f)   the real property and buildings located at 892-898
Washington Street, Lynn, Massachusetts, which
contains a auto body shop commonly known as
"Giovanni's European Auto Body," a/k/a "Giovanni's
BMW Auto Body", with a Deed recorded at Book 12349,
Page 135, of the Southern Essex County Registry of
Deeds;

(g)   $6,000 in U.S. Currency, seized from Judith Collado
and Ruth Saldivar on or about May 5, 2004;

(h)   $4,360 in U.S. Currency, seized from Valentin
Martinez on or about May 1, 2004; and

(i)   $25,300 in U.S. Currency, seized from Phillip Asaro
on or about May 1, 2004.

2.   If any of the above-described forfeitable properties, as
a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   have been transferred or sold to, or deposited with, a
third party;

(c)   have been placed beyond the jurisdiction of the Court;

(d)   have been substantially diminished in value; or

(e)   have been commingled with other property which cannot be
subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.
§853(p), to seek forfeiture of any other property of said
defendants up to the value of the above forfeitable properties,
including, but not limited to, the following:

8

   (1)   the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

   (2)   the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK        2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**City** Lynn      **Related Case Information:**

**County** Essex      Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant    x     New Defendant
Magistrate Judge Case Number ▓▓▓▓▓▓
Search Warrant Case Number   04-M-1720-1730
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   LUZ LUCIANO      **Juvenile:**    ☐ Yes    X No

**Alias Name**   "Chila"

**Address**

**Birthdate:** _____ **SS #** _____ **Sex:** FEM   **Race:** Hispanic     **Nationalit** Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.     **Address** 77 Central Street, Boston, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.      **Bar Number if applicable**   551936

**Interpreter:**    X Yes    No     **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    Yes   X ▓▓▓▓

    Warrant Requested     X ▓▓▓▓▓▓     In Custody

**Location Status:**

**Arrest Date**   5/01/04

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ———— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04     Signature of AUSA: _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     LUZ LUCIANO

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-luciano.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                              Same Defendant    x          New Defendant
                              Magistrate Judge Case Number
                              Search Warrant Case Number   04-M-1720-1730
                              R 20/R 40 from District of

### Defendant Information:

**Defendant Name**  DANIEL AGUILAR          **Juvenile:**     ☐ Yes     X No

**Alias Name**  "LIK"

**Address**

**Birthdate:** _____ **SS #** _____  Sex: MALE  Race: Hispanic     Nationalit Mexican

**Defense Counsel if known:**  Benjamin Entine, Esq.     Address 77 Franklin Street, Boston, MA

**Bar Number**                                        617-357-0770

### U.S. Attorney Information:

**AUSA**  Robert L. Peabody,          Bar Number if applicable   551930

**Interpreter:**   X Yes     No          List language and/or dialect:     Spanish

**Matter to be SEALED:**     Yes ▬▬▬▬▬

    Warrant Requested          ☐ Regular Process          X In Custody

### Location Status:

Arrest Date     5/01/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant    x      New Defendant
Magistrate Judge Case Number ▓▓▓▓▓▓▓
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

### Defendant Information:

Defendant Name   ROBERTO SOLORIO      Juvenile:    ☐ Yes    X No

Alias Name

Address

Birthdate:     SS #     Sex: MALE   Race: Hispanic     Nationalit Mexican

**Defense Counsel if known:**   Syrie Fried, Esq.      Address   Federal Defender

Bar Number        617-223-8061

### U.S. Attorney Information:

AUSA   Robert L. Peabody.      Bar Number if applicable   551936

**Interpreter:**    X Yes    No     List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▓▓▓▓▓

     Warrant Requested     ▓▓▓▓▓▓▓▓      In Custody

### Location Status:

Arrest Date    5/01/04

   Already in Federal Custody as of      in
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04      Signature of AUSA:   _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERTO SOLORIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-solorio.wpd - 2/7/02

℅JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                   Same Defendant   x          New Defendant
                                   Magistrate Judge Case Number   ▮▮▮▮▮▮
                                   Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO ESTRADA          Juvenile:   ☐ Yes   X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**   Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number _____          617-367-9334

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.          Bar Number if applicable   551936

**Interpreter:**   X Yes      No          List language and/or dialect:   Spanish

**Matter to be SEALED:**          Yes ▮▮▮▮▮

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of _____   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO ESTRADA _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant      New Defendant   x
Magistrate Judge Case Number   ~~04-M-1696-CBS~~
Search Warrant Case Number   04-M-1720-to-1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ANDRES MARTINEZ      Juvenile:   ☐ Yes   X No

Alias Name   CASTRO CASIMIRO   AKA SACAIDA AKA JOEL ZEQUEIRA

Address

Birthdate:      SS #   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   Sex:   MALE   Race:   Hispanic      Nationalit   Mexican

**Defense Counsel if known:**    John Cicilline, Esq.      Address   381 Atwells Ave., Providence, RI

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.      Bar Number if applicable   551936

**Interpreter:**    X Yes     No      List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes ▮▮▮▮

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date    5/1/2004

X Already in Federal Custody as of      in   Wyatt Detention, Central Falls, RI .

☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by:      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———   ☐ Misdemeanor ———   X Felony —1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/5/04      Signature of AUSA:   *Robert h. Peabody*

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

☙JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**                  Category No.  II          **Investigating Agency**  DEA

**City**  Lynn                         **Related Case Information:**

**County**  Essex                      Superseding Ind./ Inf.    X          Case No.  04-10299 PBS
                                       Same Defendant          New Defendant  x
                                       Magistrate Judge Case Number ▮▮▮▮▮▮▮▮
                                       Search Warrant Case Number   04-M-1720 to 1730
                                       R 20/R 40 from District of

## Defendant Information:

Defendant Name   JOSE ROSALES                          Juvenile:      ☐ Yes    X  No

Alias Name    TONY  AKA  TONO  AKA JOEL AGOSTINI

Address       88 NEWARK ST. LYNN MA

Birthdate:  5/10/76      SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.     Address  1 Exchange Place., Worcester, MA

Bar Number

## U.S. Attorney Information:

AUSA   Robert L. Peabody.                       Bar Number if applicable    551936

**Interpreter:**     X  Yes     No          List language and/or dialect:          Spanish

**Matter to be SEALED:**        Yes ▮▮▮▮▮▮

        Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐  Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04                Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                  U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                          **Related Case Information:**

**County** __Essex__                       Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                           Same Defendant                New Defendant __x__
                                           Magistrate Judge Case Number ▮▮▮▮▮▮▮▮▮▮
                                           Search Warrant Case Number __04-M-1720 to 1730__
                                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __VALENTIN MARTINEZ_____          Juvenile:          ☐ Yes     X No

Alias Name       __VALENTIN RIVERA__

Address          __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__   SS # __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__  Sex: __MALE__  Race: __Hispanic__        Nationalit __Mexican__

**Defense Counsel if known:**      Ronald Ian Segal, Esq.          Address __23 Central Ave., Lynn, MA__

Bar Number       _____

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody.__                    Bar Number if applicable   __551936__

**Interpreter:**     X Yes     X No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**          Yes    ▮▮▮No

          Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date      __5/1/04__

x  Already in Federal Custody as of      _____ in   __Wyatt Detention, Central Falls, RI__   .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     X☐ Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.**

Date: __10/6/04__          Signature of AUSA:   _Robert L. Peabody_ -

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __II__            **Investigating Agency** __DEA__

**City** __Lynn__                         **Related Case Information:**

**County** __Essex__                      Superseding Ind./ Inf.   __X__              Case No.   __04-10299 PBS__
                                          Same Defendant _____   New Defendant __x__
                                          Magistrate Judge Case Number ▮▮▮▮▮▮▮
                                          Search Warrant Case Number   __04-M-1720 to 1730__
                                          R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __KELVIN MADERA__                Juvenile:        ☐ Yes    X No

Alias Name        __MANOLO LNU__

Address           __65 FREEMAN AVENUE, EVERETT, MA 02149__

Birthdate: __5/22/66__   SS # __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__  Sex: __MALE__  Race: __Hispanic__      Nationalit __Dominican__

**Defense Counsel if known:**      Steven Judge, Esq.            Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody.__                    Bar Number if applicable   __551936__

**Interpreter:**     X Yes      No          List language and/or dialect:        __spanish__

**Matter to be SEALED:**          Yes ▮▮▮▮ ~~NO~~

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      __5/1/04__

X Already in Federal Custody as of  _____  in   __Wyatt Detention, Central Falls, RI__  .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ——————  ☐ Misdemeanor ——————  X☐ Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__         Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-madera.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

<u>**Criminal Case Cover Sheet**</u>          <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**        **Category No.** __II__        **Investigating Agency** __DEA__

**City** __Lynn__        **Related Case Information:**

**County** __Essex__        Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
       Same Defendant _____ New Defendant __x__
       Magistrate Judge Case Number ~~██████████~~
       Search Warrant Case Number __04-M-1720 to 1730__
       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN__      Juvenile:    ☐ Yes    X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__   SS # __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__   Sex: __MALE__   Race: __Arabic__    Nationalit __Palestinian__

**Defense Counsel if known:**    Melvin Norris, Esq.      Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__        Bar Number if applicable __551936__

**Interpreter:**    ☐ Yes    X No      List language and/or dialect: _____

**Matter to be SEALED:**      Yes ~~██████~~

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date      __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☐ X Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     ABDALLAH HAMDAN _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

**City**   Lynn                              **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                            Same Defendant                      New Defendant  x
                            Magistrate Judge Case Number
                            Search Warrant Case Number      04-M-1720 to 1730
                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ          Juvenile:     ☐ Yes     X  No

Alias Name      CHORIZO

Address        304 AMERICAN LEGION          REVERE, MA

Birthdate:  4/1/74     SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                              Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable

**Interpreter:**     X  Yes     No          List language and/or dialect:     Spanish

**Matter to be SEALED:**          Yes   ~~No~~

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date          FUGITIVE

   Already in Federal Custody as of          in                              .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**     Complaint     ☐ Information     X  Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody .

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MARTINEZ _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                                 U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II _____      **Investigating Agency** DEA _____

**City** Lynn _____          **Related Case Information:**

**County** Essex _____       Superseding Ind./ Inf. X _____     Case No. 04-10299 PBS
                               Same Defendant _____     New Defendant x _____
                               Magistrate Judge Case Number ███████████
                               Search Warrant Case Number 04-M-1720 to 1730
                               R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   HOWARD GREENBERG _____     Juvenile:   ☐ Yes   X No

Alias Name       HOWIE _____

Address          677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate: 10/10/52   SS # 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   Sex: MALE   Race: white   Nationalit USA

**Defense Counsel if known:**   Roger Witkin, Esq. _____   Address 6 Beacon St., Boston, MA _____

Bar Number _____

## U.S. Attorney Information:

AUSA   Robert L. Peabody, _____   Bar Number if applicable   551936 _____

**Interpreter:**   ☐ Yes   X No      List language and/or dialect: _____

**Matter to be SEALED:**   Yes   ███████

        Warrant Requested      X☐ Regular Process      In Custody

## Location Status:

Arrest Date      5/1/04 _____

    Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____   on _____

**Charging Document:**   Complaint   ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty ————   ☐ Misdemeanor ————   ☐ X Felony——— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____   Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   HOWARD GREENBERG _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-greenberg.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  II _____        **Investigating Agency**   DEA _____

**City**  Lynn _____                     **Related Case Information:**

**County**  Essex _____                  Superseding Ind./ Inf.   X _____      Case No.   04-10299 PBS
                                           Same Defendant _____         New Defendant  x _____
                                           Magistrate Judge Case Number _____
                                           Search Warrant Case Number   04-M-1720 to 1730 _____
                                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS  COLON-RIVERA _____        Juvenile:      ☐ Yes     X No

Alias Name   TIGUERON _____

Address   58 CAMPBELL ST , NEW BEDFORD, MA _____

Birthdate:  8/27/64 _____  SS #  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 _____ Sex:  MALE _____ Race:  Hispanic _____   Nationality:  CostaRican _____

**Defense Counsel if known:**      John E. Wall, Esq. _____       Address  Boston, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody, _____                Bar Number if applicable    551936 _____

**Interpreter:**      X  Yes        No          List language and/or dialect:         Spanish _____

**Matter to be SEALED:**         Yes  ███████████

       Warrant Requested               X  Regular Process              In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   Mag. Judge Swartwood _____   on _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony ——— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____        Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS  COLON-RIVERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

js-45-colon.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II            **Investigating Agency**  DEA

**City**   Lynn                              **Related Case Information:**

**County**   Essex                           Superseding Ind./ Inf.  X            Case No.  04-10299 PBS
                                             Same Defendant                  New Defendant  x
                                             Magistrate Judge Case Number  ▐▐▐▐▐▐▐▐▐
                                             Search Warrant Case Number     04-M-1720 to 1730
                                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:        ☐ Yes      X  No

Alias Name     LACUILLA

Address       85 WALNUT AVE., REVERE, MA

Birthdate:  7/15/80       SS #  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   Sex:  MALE   Race:  Hispanic          Nationalit  USA

**Defense Counsel if known:**     James H. Budreau, Esq.      Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                        Bar Number if applicable    551936

**Interpreter:**        ☐ Yes     X  No          List language and/or dialect:

**Matter to be SEALED:**          Yes    ▐▐▐▐▐▐

         Warrant Requested              X☐  Regular Process              In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                    in
☐ Already in State Custody at ─────────────── ☐ Serving Sentence     ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:   Mag. Judge Swartwood      on

**Charging Document:**        Complaint       ☐ Information       X  Indictment

**Total # of Counts:**     ☐ Petty ───────  ☐ Misdemeanor ───────  ☐ X Felony ──1──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04         Signature of AUSA:   Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-garcia.wpd - 2/7/02

Y☙JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  DEA _____

**City**  Lynn _____          **Related Case Information:**

**County**  Essex _____

Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
Same Defendant _____          New Defendant  x _____
Magistrate Judge Case Number   ~~04-M-1686 CBS~~
Search Warrant Case Number   04-M-1720-to -1730
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO _____          Juvenile:          ☐ Yes     X  No

Alias Name   RAMON ACOSTA _____

Address   4 SHERMAN STREET, LYNN, MA _____

Birthdate:  3/15/64 ___     SS #  000 00 0172 ___   Sex:  MALE ___  Race:  Hispanic _____          Nationalit   Dominican ___

**Defense Counsel if known:**          Raymond Buso, Esq. _____          Address  15 Church St., Salem , MA _____

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody, _____          Bar Number if applicable   551936 _____

**Interpreter:**          X  Yes          No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes   ~~No~~

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04 _____

X  Already in Federal Custody as of   _____   in   Wyatt Detention, Central Falls, RI ___ .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty  ———          ☐ Misdemeanor  ———          X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04 _____          Signature of AUSA:   _Robert L. Peabody_ _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  **II**              Investigating Agency   **DEA**

**City**  **Lynn**                     **Related Case Information:**

**County**  **Essex**          Superseding Ind./ Inf.   **X**              Case No.   **04-10299 PBS**
                               Same Defendant                     New Defendant **x**
                               Magistrate Judge Case Number
                               Search Warrant Case Number      **04-M-1720 to 1730**
                               R 20/R 40 from District of

## Defendant Information:

Defendant Name   **CRISTIAN GERMOSEN**                     Juvenile:        ☐ Yes     X No

Alias Name

Address      **27 WARREN ST, NEWBURYPORT, MA**

Birthdate: **3/22/78**     SS # **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**  Sex: **MALE**  Race: **Hispanic**         Nationalit **Dominican**

**Defense Counsel if known:**      **Michael Hickey, Esq.**        Address **15 Church St., Salem, MA**

Bar Number

## U.S. Attorney Information:

AUSA   **Robert L. Peabody,**                     Bar Number if applicable    **551936**

**Interpreter:**      X  Yes       No         List language and/or dialect:        **Spanish**

**Matter to be SEALED:**          Yes ▬▬▬▬

          Warrant Requested          ☐ Regular Process          x  In Custody

**Location Status:**

Arrest Date        **5/1/04**

x  Already in Federal Custody as of _____ in   **Wyatt Detention, Central Falls, RI** .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
   On Pretrial Release:  Ordered by: _____    on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty ———  ☐ Misdemeanor ———  ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: **10/6/04**        Signature of AUSA:  _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     CRISTIAN GERMOSEN _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**   DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
                                     Same Defendant _____          New Defendant  x _____
                                     Magistrate Judge Case Number   ▇▇▇▇▇▇▇▇▇
                                     Search Warrant Case Number   04-M-1720 to 1730 _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ _____          Juvenile:          ☐ Yes     X No

Alias Name   MARCELINO CUEVAS  AKA CHON _____

Address   22 PARK STREET, LYNN MA _____

Birthdate:  5/21/68 ____   SS #  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 ___ Sex:  MALE  Race:  Hispanic _____   Nationalit  Mexican _____

**Defense Counsel if known:**   _____          Address   _____

Bar Number   _____          _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody _____          Bar Number if applicable   _____

**Interpreter:**          X Yes          No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes   ▇▇▇▇▇▇▇

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date          FUGITIVE _____

    Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at ———————————— ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____ on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ————          ☐ Misdemeanor ————          ☐ X Felony —┼—

                    Continue on Page 2 for Entry of U.S.C. Citations

          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.**

Date:   10/6/04 _____          Signature of AUSA:   Robert L. Peabody _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JUAN MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-juan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.**   II      **Investigating Agency**   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   04-10299 PBS
Same Defendant      New Defendant   x
Magistrate Judge Case Number   ~~04-M-1685-CBS~~
Search Warrant Case Number   04 M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   GERARDO VASSEUR ORTIZ      Juvenile:    ☐ Yes    X No

Alias Name   SCARFACE

Address

Birthdate:   6/23/72    SS #   000 00    Sex:   MALE   Race:   Hispanic      Nationalit   Dominican

**Defense Counsel if known:**      Richard M. Welch, Esq.      Address   80 Worcester St., No. Grafton, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.      Bar Number if applicable   551936

**Interpreter:**    X Yes    No      List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes   X ▓▓▓▓

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date      5/1/04

X Already in Federal Custody as of      in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———   ☐ Misdemeanor ———   X☐ Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04      Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   GERARDO VASSEUR ORTIZ _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                               Same Defendant ____ New Defendant x
                               Magistrate Judge Case Number ~~████████████~~
                               Search Warrant Case Number 04-M-1720-to-1730
                               R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name PHILLIP ASARO          Juvenile:     ☐ Yes    X No

Alias Name

Address 238 SCHOOL STREET, SOMERVILLE, MA

Birthdate: 8/22/73    SS # 000 00 5581    Sex: MALE    Race: White    Nationalit USA

**Defense Counsel if known:**    Kirk Y. Griffin, Esq.    Address 50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA Robert L. Peabody.          Bar Number if applicable 551936

**Interpreter:**    ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes ~~██No██~~

    Warrant Requested          X Regular Process          In Custody

**Location Status:**

Arrest Date    5/1/04

    Already in Federal Custody as of ____ in ____                         .
☐ Already in State Custody at ────── ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by: Mag. Judge Swartwood    on ____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ───    ☐ Misdemeanor ───    X Felony ├──────

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 10/6/04          Signature of AUSA: *Robert L. Peabody*

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   PHILLIP ASARO _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**               **Category No.** II _____      **Investigating Agency** DEA _____

**City** Lynn _____              **Related Case Information:**

**County** Essex _____          Superseding Ind./ Inf. X _____    Case No. 04-10299 PBS
                                  Same Defendant _____ New Defendant ___
                                  Magistrate Judge Case Number ~~04-M-1685 CBS~~
                                  Search Warrant Case Number 04- M-1720 to 1730
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SILVESTRE LIZARDI _____        Juvenile:      ☐ Yes    X No

Alias Name       _____

Address          29 HARDY STREET, NEWBURYPORT, MA _____

Birthdate: 12/31/80    SS # 000 00 3844   Sex: MALE  Race: Hispanic _____   Nationalit Mexican _____

**Defense Counsel if known:**      Michael R. Schneider, Esq.    Address 95 Commercial Wf. Boston, MA

Bar Number       _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody, _____        Bar Number if applicable   551936 _____

**Interpreter:**   X Yes    No       List language and/or dialect:      Spanish _____

**Matter to be SEALED:**       Yes   ~~No~~

      Warrant Requested          X Regular Process          In Custody

**Location Status:**

Arrest Date         5/1/04 _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____ on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____     Signature of AUSA:   _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__      Case No. __04-10299 PBS__
Same Defendant __x__      New Defendant __x__
Magistrate Judge Case Number __▮▮▮▮▮▮▮▮▮▮__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__      Juvenile:    ☐ Yes    X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__    SS # __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__   Sex: __MALE__   Race: __White__    Nationalit __USA__

**Defense Counsel if known:**    Edward L. Hayden, Esq.    Address __7 Franklin St., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__      Bar Number if applicable __551936__

**Interpreter:**    ☐ Yes    X No      List language and/or dialect: _____

**Matter to be SEALED:**      Yes   X̶ ̶N̶o̶

   \ Warrant Requested      X☐ Regular Process      In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ————————   ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__   on _____

**Charging Document:**      Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ————   ☐ Misdemeanor ————   X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _____

**Name of Defendant**    ROBERT V. RUSCIO    _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**              Category No.  II____          Investigating Agency  DEA_____

**City**  Lynn_____            **Related Case Information:**

**County**  Essex_____         Superseding Ind./ Inf.  X_____   Case No.  04-10299 PBS
                                  Same Defendant _____  New Defendant  x
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number  04-M-1720 -to- 1730
                                  R 20/R 40 from District of  _____

### Defendant Information:

Defendant Name  GIOVANNI AVILA_____     Juvenile:     ☐ Yes    X No

Alias Name  THE PAINTER_____

Address  892 WASHINGTON STREET APT., LYNN, MA_____

Birthdate:  4/25/62___  SS #  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  Sex:  MALE__  Race:  Hispanic_____   Nationalit  Costa Rican

**Defense Counsel if known:**     Michael F. Natola, Esq.____   Address  Boston, MA

Bar Number _____          _____

### U.S. Attorney Information:

AUSA   Robert L. Peabody,_____     Bar Number if applicable    551936_____

**Interpreter:**     X Yes      No      List language and/or dialect:      Spanish_____

**Matter to be SEALED:**        Yes  ~~NO~~

        Warrant Requested        X  Regular Process           In Custody

### Location Status:

Arrest Date        5/1/04_____

 ☐ Already in Federal Custody as of  _____ in  _____

 ☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial

 X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood____  on  _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☐X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/6/04_____      Signature of AUSA:  _Robert L. Peabody_____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANNI AVILA

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js-45-avila.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant      New Defendant __x__
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720  to  1730__
R 20/R 40 from District of

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__      Juvenile:    ☐ Yes    X No

Alias Name    Tony

Address    __39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346__

Birthdate: __08/05/73__    SS # __583415419__    Sex: __MALE__   Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**     Raymond E. Gillespie, Esq.     Address __875 Mass. Ave., Cambridge, MA__

Bar Number

**U.S. Attorney Information:**

AUSA    __Robert L. Peabody,__      Bar Number if applicable    __551936__

**Interpreter:**    X Yes     No     List language and/or dialect:     Spanish

**Matter to be SEALED:**     Yes ▓▓▓▓▓▓

    Warrant Requested     ☐ Regular Process     x In Custody

**Location Status:**

Arrest Date     __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>GILBERTO ZAYAS, aka Tony</u>_____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 USC 846</u> | <u>CONSPIRACY DISTRIBUTE COCAINE</u> | <u>1</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-zayas.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   04-10299 PBS
Same Defendant       New Defendant   x
Magistrate Judge Case Number   ~~04-M-1685 CBS~~
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   LUIS DEJESUS      Juvenile:    ☐ Yes    X No

Alias Name    Edgardo

Address    107 MARIANNA STREET, APT. #1, LYNN, MA

Birthdate: 11/01/66    SS # 583312821    Sex: MALE Race: Hispanic     Nationalit Dominican

**Defense Counsel if known:**    John W. Laymon, Esq.     Address 40 Court St., Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,      Bar Number if applicable   551936

**Interpreter:**    X Yes    No     List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes   ~~X No~~

    Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date     5/1/04

X Already in Federal Custody as of       in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at       ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:       on

**Charging Document:**    Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty     ☐ Misdemeanor     ☐X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04     Signature of AUSA:   *Robert L. Peabody*

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-dejesus.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**              Category No.  II_____        Investigating Agency  DEA_____

**City**   Lynn_____              **Related Case Information:**

**County**  Essex_____           Superseding Ind./ Inf.   X_____        Case No.   04-10299 PBS
                                 Same Defendant _____        New Defendant  x_____
                                 Magistrate Judge Case Number   04-M~~_____~~
                                 Search Warrant Case Number   04- M 1720 to 1730
                                 R 20/R 40 from District of   _____

## Defendant Information:

Defendant Name   BENITO GRULLON_____        Juvenile:        ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____   Sex:  MALE_  Race:  Hispanic_____   Nationalit  Dominican_____

**Defense Counsel if known:**   Ron Ian Segal, Esq.._____   Address  23 Central Ave., Lynn, MA_____

Bar Number _____

## U.S. Attorney Information:

AUSA   Robert L. Peabody._____        Bar Number if applicable   551936_____

**Interpreter:**   X Yes    No        List language and/or dialect:        Spanish_____

**Matter to be SEALED:**        Yes   ~~No~~

       Warrant Requested        X  Regular Process        In Custody

**Location Status:**

Arrest Date        5/1/04_____

X  Already in Federal Custody as of _____ in _____
☐  Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**   ☐ Petty        ☐ Misdemeanor        X Felony

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _10/6/04_____   Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ___BENITO GRULLON_____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02