## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.             )<br>)<br>)<br>GIOVANNI AVILA )  | No. 04-cr-10299-PBS |

### MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify conditions of his release as follows:

By permitting his daughter, Daniela, to travel to Spain and Italy from February 20, 2005 through February 28, 2005 on a group trip sponsored by Swampscott High School, and by allowing her to have possession of her passport from Pretrial Services for the purpose of using it on that trip.

Counsel for the defendant has provided to Assistant United States Attorney Neil Gallagher three pages of information concerning the trip. After reviewing that information, AUSA Gallagher has informed counsel that the government has no objection to the instant motion.

                                                                 Giovanni Avila
                                                                 By his attorney,

                                                                 /s/ Michael F. Natola
                                                                 _____

December 23, 2004                    MICHAEL F. NATOLA
                                                                  BBO No. 367580
                                                                   McBRIDE and NATOLA
                                                                   240 Commercial Street, Suite 2B
                                                                   Boston, Massachusetts  02109
                                                                   Tel.  (617) 367-8844
                                                                   Fax   (617) 523-5153
                                                                   E-mail  MFNatola@aol.com

## CERTIFICATE OF SERVICE

      I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing was served the above date upon the following person electronically:

Neil Gallagher, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

Pretrial Services Office
One Courthouse Way
Boston, MA 02210

      /s/Michael F. Natola
_____
MICHAEL F. NATOLA