

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

Ms. Lisa Roland
Courtroom Room Deputy
Hon. Chief Magistrate Judge Swartwood
Federal Building & Courthouse
595 Main Street, Suite 206
Worcester, Massachusetts 01608

    Re:    Request for Transcripts in *United States v. Luz Luciano et al.*, 04-10299 PBS

Dear Ms. Roland:

    I writing you to request copies of transcripts for the following the events that have taken place in the above captioned case:

| Date | Event |
|---|---|
| 5/24/04 | Detention Hearing as to Ricardo Estrada, Daniel Aguilar, Roberto Solorio. |
| 6/3/04 | Detention Hearing as to Ricardo Estrada |
| 6/4/04 | Detention Hearing as to Ricardo Estrada |

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Neil J. Gallagher, Jr.
    Neil J. Gallagher, Jr.
    Assistant U.S. Attorney
    (617) 748-3397