## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES    ) | |
| ) | |
| ) | |
| v.    ) | No. 04-cr-10299-PBS |
| ) | |
| ) | |
| GIOVANNI AVILA    ) | |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the defendant hereby gives notice to the Court and the Commonwealth of a change of his address to that shown below, effective immediately.

                Giovanni Avila
                By his attorney,

                /s/Michael F. Natola

March 24, 2005              MICHAEL F. NATOLA
                BBO No. 367580
                63 Atlantic Avenue
                Boston, Massachusetts 02110
                Tel. (617) 367-1199
                Fax (617) 227-3384
                E-mail MFNatola@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney Neil Gallagher.

                /s/ Michael F. Natola