✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                     4

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II            **Investigating Agency**  DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                   Superseding Ind./ Inf.    X            Case No.   04-10299 PBS
                                     Same Defendant        x            New Defendant
                                     Magistrate Judge Case Number      M 04-1732- CBS
                                     Search Warrant Case Number     04 M 1720- to 1730, 04-M 1738
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO MANUEL ESTRADA            Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate:            SS #            Sex:  MALE  Race:  Hispanic            Nationalit  Mexican

**Defense Counsel if known:**      Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number                                             617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable

**Interpreter:**      X  Yes      No          List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X    No

        Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                      Wyatt Detention, Central Falls, RI
☐ Already in State Custody at                ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                on

**Charging Document:**        Complaint      ☐ Information          X  Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          X Felony      2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                          **Related Case Information:**

**County**  Essex                  Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number  04-M-1685 CBS
                                   Search Warrant Case Number  04-M-1720-to-1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ANDRES MARTINEZ-ACEVEZ          Juvenile:     ☐ Yes    X No

Alias Name  "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address  _____

Birthdate: _____  SS # 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  Sex: MALE  Race: Hispanic     Nationalit Mexican

**Defense Counsel if known:**      John Cicilline, Esq.          Address 381 Atwells Ave., Providence, RI

Bar Number  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                          Bar Number if applicable  _____

**Interpreter:**     X Yes     No          List language and/or dialect:     Spanish

**Matter to be SEALED:**          Yes  X   No

          Warrant Requested     ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     5/1/2004

X  Already in Federal Custody as of _____  in  Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____          on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date:  ~~10/5/04~~  3/23/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

⑥JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                     Same Defendant __x__          New Defendant
                                     Magistrate Judge Case Number    __04-M-1685 CBS__
                                     Search Warrant Case Number    __04-M-1720 to 1730__
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    __JOSE ROSALES__                    Juvenile:        ☐ Yes    X No

Alias Name    __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address    __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__    SS # __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__  Sex: __MALE__  Race: __Hispanic__         Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.        Address __1 Exchange Place., Worcester, MA__

Bar Number

**U.S. Attorney Information:**

AUSA    __.__                            Bar Number if applicable

**Interpreter:**    X Yes    No        List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes  X  No

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date    __5/1/04__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__            Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __VALENTIN MARTINEZ__          Juvenile:    ☐ Yes    X No

Alias Name __VALENTIN RIVERA AKA V AKA VALE__

Address __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__   SS # __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__  Sex: __MALE__  Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**    Ronald Ian Segal, Esq.    Address __23 Central Ave., Lynn, MA__

Bar Number _____

### U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable _____

**Interpreter:**    X Yes    X No          List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes  X  No

Warrant Requested          ☐ Regular Process          x In Custody

### Location Status:

Arrest Date    __5/1/04__

x  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony —— 3 ——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  __3/23/05__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  _MA_                Category No. _____    Investigating Agency  _DEA/MSP_

City  _Lynn/Peabody_                **Related Case Information:**

County    _Essex_                Superseding Ind./ Inf.  _X_         Case No.    _04-10299-PBS_
                                 Same Defendant   _x_          New Defendant _____
                                 Magistrate Judge Case Number    _04-m-1685-CBS_
                                 Search Warrant Case Number    _04-m-1720 to 1730_
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _MANUEL GERMOSEN_            Juvenile    ☐ Yes    ☒ No

Alias Name   _Kelvin Madera, Manolo_

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race:  _Hispanic_    Nationality:  _Dom Rep_

**Defense Counsel if known:**    _Steven Judge_          Address:  **23 Central Ave., #605**
                                                        **Lynn, MA 01902**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _Neil Gallagher_                Bar Number if applicable _____

Interpreter:    ☒ Yes ☐ No        List language and/or dialect:    _Spanish_

Matter to be SEALED:    ☐ Yes  ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  _May 1, 2005_        in   **Plymouth County**              .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℀JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** _II_      **Investigating Agency** _DEA_ |

**City**   _Lynn_      **Related Case Information:**

**County**   _Essex_

Superseding Ind./ Inf.   _X_      Case No.   _04-10299 PBS_
Same Defendant    _X_      New Defendant
Magistrate Judge Case Number   _04-M-1685 CBS_
Search Warrant Case Number   _04-M-1720 to 1730_
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   _ABDALLAH HAMDAN_      Juvenile:    ☐ Yes    X No

Alias Name

Address    _10 ROOSEVELT ST METHUEN MA_

Birthdate: _1/17/76_    SS # _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_   Sex: _MALE_   Race: _Arabic_    Nationalit _Palestinian_

**Defense Counsel if known:**    _Melvin Norris, Esq._      Address _260 Boston Post Rd., Wayland, MA_

Bar Number

**U.S. Attorney Information:**

AUSA   _Neil Gallagher_      Bar Number if applicable

**Interpreter:**    ☐ Yes    X No      List language and/or dialect:

**Matter to be SEALED:**      Yes   X     No

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date      _5/1/04_

X Already in Federal Custody as of      in    _Wyatt Detention, Central Falls, RI_ .
☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———    ☐ Misdemeanor ———    ☐ X Felony —— 4 ——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    **Investigating Agency** _DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County ___Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS___
Same Defendant ___x_____    New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS____
Search Warrant Case Number ___04-m-1720 to 1730____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic____ Nationality: _Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ **on**

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **RICARDO MARTINEZ** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No.                Investigating Agency  DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X              Case No.    04-10299-PBS
                                     Same Defendant     x            New Defendant
                                     Magistrate Judge Case Number       04-m-1685-CBS
                                     Search Warrant Case Number     04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   HOWARD GREENBERG              Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only):          SSN (last 4 #):          Sex  M  Race:    Caucasian     Nationality:  US

**Defense Counsel if known:**    Roger Witkin              Address:  **6 Beacon Street, Ste 1010**
                                                                     **Boston, MA 02108**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher              Bar Number if applicable

Interpreter:    ☐ Yes ☐ No        List language and/or dialect:     Spanish

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as**              in                              .
☐ **Already in State Custody**          ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by  MJ Swartwood         on   May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty            ☐ Misdemeanor          ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 3/23/c5            Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     __HOWARD GREENBERG_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    <u>**U.S. District Court - District of Massachusetts**</u>

Place of Offense: __MA_____    Category No. _____    Investigating Agency __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__
                             Same Defendant __x_____    New Defendant _____
                             Magistrate Judge Case Number __04-m-1685-CBS_____
                             Search Warrant Case Number __04-m-1720 to 1730_____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS_____    Juvenile  ☐ Yes  ☒ No

Alias Name __Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __John Wall_____    **Address:** __1 Commercial Wharf West__
                                                                    __Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    __EDGAR HOFFENS__

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**   Lynn                         **Related Case Information:**

**County**   Essex                  Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
Same Defendant   X          New Defendant
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA          Juvenile:   ☐ Yes   X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80   SS # 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  Sex:  MALE  Race:  Hispanic          Nationalit  USA

**Defense Counsel if known:**   James H. Budreau, Esq.          Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X          No

     Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of          in                    .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood          on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☐ X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____     Investigating Agency  __DEA/MSP__

City  __Lynn/Peabody__           **Related Case Information:**

County  __Essex__               Superseding Ind./ Inf.  __X__            Case No.  __04-10299-PBS__
                                Same Defendant  __x__         New Defendant
                                Magistrate Judge Case Number  __04-m-1685-CBS__
                                Search Warrant Case Number  __04-m-1720 to 1730__
                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __JAVIER ANGEL ROMERO__          Juvenile   ☐ Yes   ☒ No

Alias Name  __Ramon Acosta, the Singer__

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race:  __Hispanic__  Nationality: _____

Defense Counsel if known:  **Ray Buso**          Address:  **15 Church Street**
                                                          **Salem, MA 01970**
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__               Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:     __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

          ☐ Warrant Requested      ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☒ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____