JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                        **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
Same Defendant   x          New Defendant
Magistrate Judge Case Number   M 04-1732- CBS
Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA          Juvenile:   ☐ Yes   X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number                                              617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**   X Yes   No          List language and/or dialect:          Spanish

**Matter to be SEALED:**   Yes   X   No

     Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of _____          Wyatt Detention, Central Falls, RI
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.   II           Investigating Agency   DEA

City   Lynn

County   Essex                 **Related Case Information:**

Superseding Ind./ Inf.   X           Case No.   04-10299 PBS
Same Defendant                    New Defendant
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720-to-1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ANDRES MARTINEZ-ACEVEZ           Juvenile:   ☐ Yes    X No

Alias Name   "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address

Birthdate: _____ SS # 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 Sex: MALE Race: Hispanic        Nationalit Mexican

**Defense Counsel if known:**   John Cicilline, Esq.        Address 381 Atwells Ave., Providence, RI

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher           Bar Number if applicable

**Interpreter:**   X Yes    No        List language and/or dialect:        Spanish

**Matter to be SEALED:**    Yes  X   No

Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date   5/1/2004

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/5/04   3/23/05        Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** ___ ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo" _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 USC 846__ | __CONSPIRACY DISTRIBUTE COCAINE__ | __1__ |
| Set 2 __21 USC 841__ | __POSS. WITH INTENT DIST. 5K OF COCAINE__ | __9__ |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                  **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.    X              Case No.   04-10299 PBS
                                  Same Defendant      x          New Defendant
                                  Magistrate Judge Case Number     04-M-1685 CBS
                                  Search Warrant Case Number     04-M-1720 to 1730
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                          Juvenile:      ☐ Yes    X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address     88 NEWARK ST, LYNN MA

Birthdate:  5/10/76      SS #  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  Sex:  MALE  Race:  Hispanic            Nationalit  Mexican

**Defense Counsel if known:**      Raymond A. O'Hara, Esq.      Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                                    Bar Number if applicable

**Interpreter:**    X Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X   No

      Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date      5/1/04

X Already in Federal Custody as of                in    Wyatt Detention, Central Falls, RI
☐ Already in State Custody at ──────── ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:              on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ─────  ☐ Misdemeanor ───── X☐ Felony ─── 4 ───

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number     __04-M-1685 CBS__
Search Warrant Case Number     __04-M-1720 to 1730__
R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name __VALENTIN MARTINEZ__          Juvenile:   ☐ Yes   X No

Alias Name     __VALENTIN RIVERA AKA V AKA VALE__

Address     __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__   SS # __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__  Sex: __MALE__  Race: __Hispanic__          Nationalit __Mexican__

**Defense Counsel if known:**     Ronald Ian Segal, Esq.          Address __23 Central Ave., Lynn, MA__

Bar Number     _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable     _____

**Interpreter:**     X Yes     X No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date     __5/1/04__

x  Already in Federal Custody as of     _____ in   __Wyatt Detention, Central Falls, RI__   .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     _____ on     _____

**Charging Document:**     Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ——————     ☐ Misdemeanor ——————  X☐ Felony —— 3 ————

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3  18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

Place of Offense:  MA              Category No. _____   Investigating Agency  DEA/MSP

City  Lynn/Peabody                 **Related Case Information:**

County   Essex                     Superseding Ind./ Inf.  X              Case No.   04-10299-PBS
                                   Same Defendant    x              New Defendant _____
                                   Magistrate Judge Case Number    04-m-1685-CBS
                                   Search Warrant Case Number    04-m-1720 to 1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  MANUEL GERMOSEN               Juvenile     ☐ Yes   ☒ No

Alias Name   Kelvin Madera, Manolo

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic      Nationality:  Dom Rep

**Defense Counsel if known:**   Steven Judge          **Address:  23 Central Ave., #605**
                                                              **Lynn, MA 01902**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                     **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No         List language and/or dialect:     **Spanish**

**Matter to be SEALED:**    ☐ Yes   ☒ No

    ☐ **Warrant Requested**      ☐ **Regular Process**         ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**   May 1, 2005           **in**   **Plymouth County**            .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____   **on** _____

**Charging Document:**      ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**      ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     MANUEL GERMOSEN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Ⓞ JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**              Category No.  II              **Investigating Agency**   DEA

City    Lynn                        **Related Case Information:**

County    Essex                     Superseding Ind./ Inf.    X                 Case No.   04-10299 PBS
                                    Same Defendant      X              New Defendant
                                    Magistrate Judge Case Number      04-M-1685 CBS
                                    Search Warrant Case Number     04-M-1720 to 1730
                                    R 20/R 40 from District of

### Defendant Information:

Defendant Name    ABDALLAH HAMDAN                        Juvenile:        ☐ Yes      X No

Alias Name

Address          10 ROOSEVELT ST METHUEN MA

Birthdate:   1/17/76      SS #  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   Sex:  MALE   Race:  Arabic           Nationalit  Palestinian

**Defense Counsel if known:**       Melvin Norris, Esq.              Address  260 Boston Post Rd., Wayland, MA

Bar Number

### U.S. Attorney Information:

AUSA    Neil Gallagher                       Bar Number if applicable

**Interpreter:**        ☐ Yes     X No          List language and/or dialect:

**Matter to be SEALED:**            Yes   X      No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date         5/1/04

X Already in Federal Custody as of                         in    Wyatt Detention, Central Falls, RI       .
☐ Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                        on

**Charging Document:**        Complaint        ☐ Information          X Indictment

**Total # of Counts:**        ☐ Petty            ☐ Misdemeanor            ☐ X Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05                   Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense:  MA                        Category No. _____      **Investigating Agency**  DEA/MSP

**City**   Lynn/Peabody                        **Related Case Information:**

**County**    Essex                        Superseding Ind./ Inf.   X                   Case No.   04-10299-PBS
 Same Defendant     x                    New Defendant _____
 Magistrate Judge Case Number     04-m-1685-CBS
 Search Warrant Case Number     04-m-1720 to 1730
 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ                        Juvenile     ☐ Yes     ☒ No

Alias Name    Chorizo, Chon  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:    Hispanic        Nationality:  Dom Rep

**Defense Counsel if known:**  _____       **Address:**  _____

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher                        **Bar Number if applicable**  _____

**Interpreter:**     ☒ Yes ☐ No          **List language and/or dialect:**      Spanish

**Matter to be SEALED:**     ☐ Yes    ☒ No

        ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☐ **Already in Federal Custody as**  _____  **in**  _____ .
☐ **Already in State Custody**  _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by**  _____  **on**  _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**     ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  3/23/05          Signature of AUSA:  _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     RICARDO MARTINEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA          Category No. _____    **Investigating Agency**  DEA/MSP

**City**  Lynn/Peabody                    **Related Case Information:**

**County**    Essex                    Superseding Ind./ Inf.    X          Case No.    04-10299-PBS
Same Defendant    x            New Defendant
Magistrate Judge Case Number      04-m-1685-CBS
Search Warrant Case Number      04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   HOWARD GREENBERG                Juvenile      ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin            **Address:**  6 Beacon Street, Ste 1010
**Bar Number:**                                                                        **Boston, MA 02108**

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher                    **Bar Number if applicable**

**Interpreter:**      ☐ Yes ☐ No            **List language and/or dialect:**      Spanish

**Matter to be SEALED:**      ☐ Yes    ☒ No

      ☐ **Warrant Requested**            ☐ **Regular Process**                ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as**                    in                                                .
☐ **Already in State Custody**                    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by  MJ Swartwood            on    **May 2004**

**Charging Document:**      ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty**  _____    ☐ **Misdemeanor**  _____    ☒ **Felony**    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  3/23/05        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **HOWARD GREENBERG** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____         Category No. _____     Investigating Agency  __DEA/MSP_____

City  __Lynn/Peabody_____          **Related Case Information:**

County    __Essex__            Superseding Ind./ Inf.  __X_____          Case No.    __04-10299-PBS__
                               Same Defendant    __x_____    New Defendant _____
                               Magistrate Judge Case Number    __04-m-1685-CBS__
                               Search Warrant Case Number    __04-m-1720 to 1730__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __EDGAR HOFFENS_____          Juvenile    ☐ Yes    ☒ No

Alias Name    __Carlos Colon Rivera, Tigueron_____

Address    _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race: __Caucasian__  Nationality: __US__

**Defense Counsel if known:**    __John Wall_____          **Address:  1 Commercial Wharf West**
                                                                **Boston, MA 02110**
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____          **Bar Number if applicable**    _____

Interpreter:    ☒ Yes  ☐ No          List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☒ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ **On Pretrial Release:**   Ordered by _____  on

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City**   __Lynn__                **Related Case Information:**

**County**   __Essex__                Superseding Ind./ Inf.   __X__          Case No.   __04-10299 PBS__
                                      Same Defendant   __X__          New Defendant _____
                                      Magistrate Judge Case Number   __04-M-1685 CBS__
                                      Search Warrant Case Number   __04-M-1720 to 1730__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __ROGELIO GARCIA__                Juvenile:   ☐ Yes   X No

Alias Name   __LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA__

Address   __85 WALNUT AVE., REVERE, MA__

Birthdate: __7/15/80__   SS # __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__  Sex:  __MALE__  Race:  __Hispanic__          Nationalit __USA__

**Defense Counsel if known:**     James H. Budreau, Esq.          Address __20 Park Plaza, Boston, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA   __Neil Gallagher__                Bar Number if applicable _____

**Interpreter:**     ☐ Yes   X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes  X     No

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ———————— ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   __Mag. Judge Swartwood__   on _____

**Charging Document:**     Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ————    ☐ Misdemeanor ————    ☐ X Felony ——2——

                    Continue on Page 2 for Entry of U.S.C. Citations

        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:   __3/23/05__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__                Category No. _____   Investigating Agency  __DEA/MSP__

City  __Lynn/Peabody__                **Related Case Information:**

County  __Essex__                Superseding Ind./ Inf.   __X__          Case No.   __04-10299-PBS__
                                 Same Defendant   __x__          New Defendant
                                 Magistrate Judge Case Number     __04-m-1685-CBS__
                                 Search Warrant Case Number       __04-m-1720 to 1730__
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  __JAVIER ANGEL ROMERO__          Juvenile    ☐ Yes   ☒ No

Alias Name  __Ramon Acosta, the Singer__

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__   Nationality: _____

Defense Counsel if known:   __Ray Buso__          Address: __15 Church Street__
                                                            __Salem, MA 01970__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__          Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:     __Spanish__

Matter to be SEALED:    ☐ Yes   ☒ No

          ☐ Warrant Requested        ☐ Regular Process          ☐ In Custody
**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  _____ in  _____.
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____ on  _____

**Charging Document:**    ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____