JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex     Superseding Ind./ Inf.   X     Case No.   04-10299-PBS
    Same Defendant   x     New Defendant _____
    Magistrate Judge Case Number   04-m-1685-CBS
    Search Warrant Case Number   04-m-1720 to 1730
    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___ SSN (last 4 #): ___ Sex M Race: Hispanic Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey     **Address:** 15 Church Street
    Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher     Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No     List language and/or dialect:   Spanish

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

≈JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     <u>CHRISTIAN GERMOSEN</u>

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA   Category No. _____   Investigating Agency  DEA/MSP

City   Lynn/Peabody   Related Case Information:

County   Essex
Superseding Ind./ Inf.   X   Case No.   04-10299-PBS
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ   Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:   Hispanic   Nationality:  Mexican

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher   Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No   List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.  X      Case No.  04-10299-PBS
Same Defendant  x      New Defendant  _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name**  GERARDO VASSUER ORTIZ          Juvenile  ☐ Yes  ☒ No

**Alias Name**  Scarface

**Address**  _____

**Birth date (Year only):** ___  **SSN (last 4 #):** ___  **Sex** M  **Race:** Hispanic  **Nationality:** Mexican

**Defense Counsel if known:**  Richard Welsh       **Address:** 80 Worchester St., Ste 5
                                                                 North Grafton MA, 01536
**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher       **Bar Number if applicable**  _____

**Interpreter:**  ☒ Yes  ☐ No       **List language and/or dialect:**  Spanish

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty ___     ☐ Misdemeanor ___     ☒ Felony  1 count

*Continue on Page 2 for Entry of U.S.C. Citations*

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05       **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GERARDO VASSUER ORTIZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** MA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant   x          New Defendant
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHIL ASARO          Juvenile   ☐ Yes   ☒ No

Alias Name

Address

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race: Caucasian   Nationality: ____

**Defense Counsel if known:**   Kirk Griffin          **Address:** 50 Standford Street
                                                                          Boston, MA 02114
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable ____

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: ____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   MJ Swartwood   on   May 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    **Case No.** 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: Hispanic  Nationality: _____

Defense Counsel if known:  Michael Sneider    Address: 95 Commercial Wharf
Boston, MA 2110
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     SILVESTRE LIZARDI

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Lynn   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X   Case No.   04-10299 PBS
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO   Juvenile:   ☐ Yes   X No

Alias Name _____

Address   286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51   SS # 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   Sex: MALE   Race: White   Nationalit USA

**Defense Counsel if known:**   Edward L. Hayden, Esq.   Address  7 Franklin St., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher   Bar Number if applicable _____

Interpreter:   ☐ Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X   No

\ Warrant Requested   X☐ Regular Process   In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ——————  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony — 2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody    Related Case Information:

County  Essex

Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GIOVANI AVILA    Juvenile  ☐ Yes  ☒ No

Alias Name

Address

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic    Nationality: ____

Defense Counsel if known:  Michael Natola    Address:  240 Commerical Street, Ste 2B
Boston, MA 02109

Bar Number:

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect:

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     GIOVANI AVILA

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA      Category No. _____      Investigating Agency: DEA/MSP

City: Lynn/Peabody      Related Case Information:

County: Essex

Superseding Ind./ Inf.   X         Case No.   04-10299-PBS
Same Defendant   x         New Defendant
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: GILBERTO ZAYAS      Juvenile: [ ] Yes  [X] No

Alias Name: Cumbia King, Tony

Address: _____

Birth date (Year only): ___   SSN (last 4 #): ___   Sex: M   Race: Hispanic   Nationality: ___

Defense Counsel if known: Raymond E. Gillespie      Address: 875 Massachusetts Ave, Ste 32, Cambridge, MA 02139

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Neil Gallagher      Bar Number if applicable: _____

Interpreter: [X] Yes  [ ] No      List language and/or dialect: Spanish

Matter to be SEALED: [ ] Yes  [X] No

[ ] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[X] On Pretrial Release:   Ordered by   MJ Swartwood   on   May 2004

Charging Document:  [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:  [ ] Petty   [ ] Misdemeanor   [X] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05      Signature of AUSA: _____