JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    JAVIER ANGEL ROMERO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

≤JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.  X     Case No.  04-10299-PBS
Same Defendant  x      New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  CHRISTIAN GERMOSEN     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey    **Address:** 15 Church Street
                                                             Salem, MA 01970
**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No    List language and/or dialect:  Spanish

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     **CHRISTIAN GERMOSEN**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __X__   Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number    __04-m-1685-CBS__
Search Warrant Case Number    __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JUAN MARTINEZ__        Juvenile  ☐ Yes  ☒ No

Alias Name __Juan Eustate__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __FUGITIVE__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _[signature]_

Case 1:04-cr-10299-PBS   Document 95-3   Filed 03/23/05   Page 5 of 16

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant  _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  GERARDO VASSUER ORTIZ    Juvenile  ☐ Yes  ☒ No

Alias Name  Scarface

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic    Nationality:  Mexican

Defense Counsel if known:  Richard Welsh    Address: 80 Worchester St., Ste 5
                                                         North Grafton MA. 01536

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GERARDO VASSUER ORTIZ

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA              Category No. _____   Investigating Agency  DEA/MSP

City   Lynn/Peabody              Related Case Information:

County   Essex                   Superseding Ind./ Inf.   X           Case No.   04-10299-PBS
                                 Same Defendant    x          New Defendant _____
                                 Magistrate Judge Case Number   04-m-1685-CBS
                                 Search Warrant Case Number     04-m-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHIL ASARO                                   Juvenile    ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race:   Caucasian   Nationality: _____

Defense Counsel if known:   Kirk Griffin            Address:  50 Standford Street
                                                              Boston, MA 02114
Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                                Bar Number if applicable  _____

Interpreter:     ☐ Yes  ☒ No         List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   MJ Swartwood    on   May 2004

Charging Document:   ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

                    Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    **Case No.** 04-10299-PBS
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: ____

**Defense Counsel if known:** Michael Sneider    **Address:** 95 Commercial Wharf
                                                                 Boston, MA 2110
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect:  Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Lynn    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X    Case No. 04-10299 PBS
Same Defendant x    New Defendant ____
Magistrate Judge Case Number 04-M-1685 CBS
Search Warrant Case Number 04-M-1720 to 1730
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: ROBERT V. RUSCIO    Juvenile: ☐ Yes   X No

Alias Name: ____

Address: 286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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    Sex: MALE    Race: White    Nationalit: USA

Defense Counsel if known: Edward L. Hayden, Esq.    Address: 7 Franklin St., Lynn, MA

Bar Number: ____

**U.S. Attorney Information:**

AUSA: Neil Gallagher    Bar Number if applicable ____

Interpreter: ☐ Yes   X No    List language and/or dialect: ____

**Matter to be SEALED:**    Yes   X No

\ Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release: Ordered by: Mag. Judge Swartwood on ____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X☐ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X  Case No.  04-10299-PBS
Same Defendant  x  New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** GIOVANI AVILA   Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ___ **SSN (last 4 #):** ___ **Sex** M **Race:** Hispanic **Nationality:** ___

**Defense Counsel if known:** Michael Natola   **Address:** 240 Commerical Street, Ste 2B
                                                              Boston, MA 02109

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GIOVANI AVILA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn/Peabody   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant   x       New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name**  GILBERTO ZAYAS       **Juvenile**  ☐ Yes  ☒ No

**Alias Name**  Cumbia King, Tony

**Address** _____

**Birth date (Year only):** ___  **SSN (last 4 #):** ___  **Sex** M  **Race:** Hispanic  **Nationality:** ___

**Defense Counsel if known:** Raymond E. Gillespie   **Address:** 875 Massachusetts Ave, Ste 32, Cambridge, MA 02139

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No   **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _____