✎ JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

<sub>&</sub>JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                     Category No. _____     Investigating Agency  DEA/MSP

City  Lynn/Peabody                        **Related Case Information:**

County  Essex                             Superseding Ind./ Inf.   X                Case No.   04-10299-PBS
                                          Same Defendant    x          New Defendant _____
                                          Magistrate Judge Case Number     04-m-1685-CBS
                                          Search Warrant Case Number    04-m-1720 to 1730
                                          R 20/R 40 from District of

**Defendant Information:**

Defendant Name  LUIS E. DEJESUS                          Juvenile   ☐ Yes   ☒ No

Alias Name  Edgardo

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:  Hispanic    Nationality: _____

**Defense Counsel if known:**   John W. Laymon        Address:  77 Franklin Street, # 3
                                                               Boston, MA 02110

**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                     Bar Number if applicable

Interpreter:   ☒ Yes  ☐ No         List language and/or dialect:        Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

      ☐ Warrant Requested        ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as  May 2004              in   Wyatt
☐ Already in State Custody                    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by                        on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  3/23/05                    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>LUIS E. DEJESUS</u> _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y℗JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            Category No.   II_____        **Investigating Agency**   DEA_____

**City**   Lynn_____                **Related Case Information:**

**County**   Essex_____            Superseding Ind./ Inf.   X_____        Case No.   04-10299 PBS
                                   Same Defendant   X_____              New Defendant _____
                                   Magistrate Judge Case Number     04-M-  1731CBS_____
                                   Search Warrant Case Number     04- M 1720 to 1730_____
                                   R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   BENITO GRULLON_____        Juvenile:    ☐ Yes      X No

Alias Name   QUICO_____

Address _____

Birthdate: _____ SS # _____ Sex: MALE  Race: Hispanic_____ Nationalit Dominican_____

**Defense Counsel if known:**     Ron Ian Segal, Esq..        Address 23 Central Ave., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____            Bar Number if applicable     _____

**Interpreter:**      X Yes      No        List language and/or dialect:      Spanish_____

**Matter to be SEALED:**      Yes   X   No

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date      5/1/04_____

X Already in Federal Custody as of _____ in _____  .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint        ☐ Information        X Indictment

**Total # of Counts:**      ☐ Petty ——— ☐ Misdemeanor ——— X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____      Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02

𝟤𝟧

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA, CA          **Category No.** _____    **Investigating Agency**  DEA/MSP_____

**City**  Lynn _____       **Related Case Information:**

**County**   Essex _____      Superseding Ind./ Inf.  x _____     Case No.   04-10299-PBS_____
                                      Same Defendant _____       New Defendant  X_____
                                      Magistrate Judge Case Number    _____
                                      Search Warrant Case Number      _____
                                      R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name  MARTIN CERNA GARCIA _____       Juvenile   ☐ Yes    ☒ No

Alias Name   "Willy"; "Nephew" _____

Address   11027 Meyers Dr., Cucamnga, CA 91730 _____

Birth date (Year only):  1963  SSN (last 4 #): _____ Sex  M  Race:   Hispanic _____ Nationality:  Mexican_____

**Defense Counsel if known:**  _____    **Address:** _____
                                                                         _____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____       **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No       **List language and/or dialect:**    Spanish _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

     ☒ **Warrant Requested**        ☐ **Regular Process**           ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____ on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____    ☐ Misdemeanor _____   ☒ Felony   1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  3/23/05         **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA      **Related Case Information:**

**County** Essex

| | |
|---|---|
| Superseding Ind./ Inf.  x | Case No.  04-10299-PBS |
| Same Defendant | New Defendant  X |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name  ROBINSON RUIZ      Juvenile  ☐ Yes  ☒ No

Alias Name  "Metresa"

Address  6 Houston Street, Lynn, MA 01905

Birth date (Year only):  1964  SSN (last 4 #):  6369  Sex  M  Race:  Hispanic  Nationality:  Dom. Republic

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher      **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No     **List language and/or dialect:**  Spanish

**Matter to be SEALED:**  ☒ Yes  ☐ No

    ☒ **Warrant Requested**     ☐ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      ROBINSON RUIZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** __MA__    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__    **Related Case Information:**

**County** __Essex__    

Superseding Ind./ Inf. __x__    Case No. __04-10299-PBS__
Same Defendant _____    New Defendant __X__
Magistrate Judge Case Number    _____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __CARLOS RAFAEL ROJAS__    Juvenile ☐ Yes  ☒ No

Alias Name __"Chelo"; "Ramon"__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** __3/23/05__    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2   18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  MA _____   **Category No.** _____   **Investigating Agency**  DEA/MSP _____

**City**  Lynn/Peabody _____   **Related Case Information:**

**County**   Essex _____

Superseding Ind./ Inf.   X _____   Case No.   04-10299-PBS
Same Defendant _____   New Defendant  X _____
Magistrate Judge Case Number   _____
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   CARLOS ORLANDO ARGUETA-MACARIO _____   Juvenile   ☐ Yes   ☒ No

Alias Name   "Chaparro" _____

Address   15 Washington Place, Peabody, MA 01960 _____

Birth date (Year only):  1967  SSN (last 4 #):  0292  Sex  M  Race:   Hispanic ___   Nationality:  Mexican ___

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____   **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect:   Spanish _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  3/23/05 _____   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA _____        **Category No.** _____        **Investigating Agency**  DEA/MSP _____

**City**  Lynn, MA _____              **Related Case Information:**

**County**   Essex _____              Superseding Ind./ Inf.    x _____        Case No.    04-10299-PBS _____
                                         Same Defendant _____        New Defendant  X _____
                                         Magistrate Judge Case Number    _____
                                         Search Warrant Case Number    _____
                                         R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   WILLIAM R. HOLMES _____        Juvenile    ☐ Yes    ☒ No

Alias Name    "Billy" _____

Address    43 Reservoir Drive, Danvers, MA _____

Birth date (Year only):   1961   SSN (last 4 #):   7332   Sex  M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____        **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☐ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

       ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in _____  .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:  3/23/05 _____        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    WILLIAM R. HOLMES, a/k/a "Billy" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

3c

JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>**Criminal Case Cover Sheet**</u>                         <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**  MA                **Category No.** _____    **Investigating Agency**  DEA/MSP

**City**  Lynn, MA                **Related Case Information:**

**County**  Essex                Superseding Ind./ Inf.    x                Case No.    04-10299-PBS
                                 Same Defendant _____    New Defendant  X
                                 Magistrate Judge Case Number  _____
                                 Search Warrant Case Number  _____
                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   GENE A. ANDERSON                Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address    87 Broad Street #1, Lynn, MA  _____

Birth date (Year only):   1970   SSN (last 4 #):   0733   Sex  M   Race:  _____   Nationality:  _____

**Defense Counsel if known:**  _____    **Address:**  _____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                **Bar Number if applicable**  _____

Interpreter:    ☐ Yes  ☐ No        **List language and/or dialect:**  _____

Matter to be SEALED:    ☒ Yes    ☐ No

   ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05                **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant      GENE A. ANDERSON _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: