JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **GILBERTO ZAYAS** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__                    Category No. _____    Investigating Agency __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__
                                   Same Defendant __x____    New Defendant _____
                                   Magistrate Judge Case Number __04-m-1685-CBS__
                                   Search Warrant Case Number __04-m-1720 to 1730__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __LUIS E. DEJESUS_____    Juvenile ☐ Yes  ☒ No

Alias Name  __Edgardo_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic___ Nationality: _____

**Defense Counsel if known:** __John W. Laymon_____    Address: __77 Franklin Street, # 3__
                                                                 __Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

        ☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as __May 2004_____ in __Wyatt_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

                Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: __3/23/05__        Signature of AUSA: _____

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___LUIS E. DEJESUS_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  _II_          **Investigating Agency**  _DEA_

**City**  _Lynn_                    **Related Case Information:**

**County**  _Essex_               Superseding Ind./ Inf.  _X_          Case No.  _04-10299 PBS_
                                  Same Defendant  _X_          New Defendant _____
                                  Magistrate Judge Case Number  _04-M- 1731CBS_
                                  Search Warrant Case Number  _04- M 1720 to 1730_
                                  R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _BENITO GRULLON_                Juvenile:  ☐ Yes   X No

Alias Name  _QUICO_

Address  _____

Birthdate: _____ SS # _____ Sex:  _MALE_  Race:  _Hispanic_  Nationalit _Dominican_

**Defense Counsel if known:**     _Ron Ian Segal, Esq.._     Address _23 Central Ave., Lynn, MA_

Bar Number  _____

**U.S. Attorney Information:**

AUSA  _Neil Gallagher_                Bar Number if applicable  _____

**Interpreter:**     X Yes     No          List language and/or dialect:     _Spanish_

**Matter to be SEALED:**          Yes  X  No

     Warrant Requested          X Regular Process          In Custody

**Location Status:**

Arrest Date  _5/1/04_

X Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———     ☐ Misdemeanor ———     X Felony   ~~2~~

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  _3/23/05_          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA, CA_        **Category No.** _____        **Investigating Agency** _DEA/MSP_

**City** _Lynn_                        **Related Case Information:**

**County** _Essex_                     Superseding Ind./ Inf.  _x_ _____   Case No. _04-10299-PBS_
                                       Same Defendant _____   New Defendant _X_
                                       Magistrate Judge Case Number   _____
                                       Search Warrant Case Number     _____
                                       R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name  _MARTIN CERNA GARCIA_            Juvenile   ☐ Yes   ☒ No

Alias Name  _"Willy"; "Nephew"_

Address  _11027 Meyers Dr., Cucamnga, CA 91730_

Birth date (Year only): _1963_  SSN (last 4 #): _____  Sex _M_ Race: _Hispanic_   Nationality: _Mexican_

**Defense Counsel if known:**  _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_                **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No         **List language and/or dialect:** _Spanish_

**Matter to be SEALED:**   ☒ Yes  ☐ No

   ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MARTIN CERNA GARCIA _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA                 **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA                        **Related Case Information:**

**County** Essex                         Superseding Ind./ Inf.   x        Case No.   04-10299-PBS
                                         Same Defendant            New Defendant  X
                                         Magistrate Judge Case Number   _____
                                         Search Warrant Case Number     _____
                                         R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name   ROBINSON RUIZ                    Juvenile   ☐ Yes   ☒ No

Alias Name   "Metresa"

Address   6 Houston Street, Lynn, MA 01905

Birth date (Year only): 1964  SSN (last 4 #): 6369  Sex M  Race: Hispanic   Nationality: Dom. Republic

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher                 **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☒ Yes   ☐ No

   ☒ **Warrant Requested**      ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 3/23/05         **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant       ROBINSON RUIZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  MA            **Category No.**            **Investigating Agency**  DEA/MSP

**City**  Lynn, MA                **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.    x              Case No.    04-10299-PBS
Same Defendant                New Defendant  X
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS            Juvenile    ☐ Yes    ☒ No

Alias Name    "Chelo"; "Ramon"

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race: _____ Nationality: _____

**Defense Counsel if known:**            **Address:**

**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher            **Bar Number if applicable**

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☒ Yes    ☐ No

☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as**                 in
☐ **Already in State Custody**            ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by            on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  3/23/05        **Signature of AUSA:**

✎ JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2   18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody      **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X       Case No.   04-10299-PBS
Same Defendant _____ New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS ORLANDO ARGUETA-MACARIO     Juvenile    ☐ Yes    ☒ No

Alias Name   "Chaparro"

Address   15 Washington Place, Peabody, MA 01960

Birth date (Year only):  1967   SSN (last 4 #):  0292   Sex  M   Race:   Hispanic   Nationality:  Mexican

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher       **Bar Number if applicable** _____

**Interpreter:**     ☒ Yes ☐ No     **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☒ Yes    ☐ No

    ☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   3 /23 /05     **Signature of AUSA:**

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____          Investigating Agency  __DEA/MSP__

City  __Lynn, MA__                    **Related Case Information:**

County    __Essex__                   Superseding Ind./ Inf.   __x__          Case No.   __04-10299-PBS__
                                      Same Defendant _____          New Defendant  _X_
                                      Magistrate Judge Case Number     _____
                                      Search Warrant Case Number       _____
                                      R 20/R 40 from District of       _____

**Defendant Information:**

Defendant Name   __WILLIAM R. HOLMES__                    Juvenile    ☐ Yes    ☒ No

Alias Name    __"Billy"__

Address    __43 Reservoir Drive, Danvers, MA__

Birth date (Year only):  __1961__  SSN (last 4 #):  __7332__  Sex __M__  Race: _____  Nationality: _____

**Defense Counsel if known:**    _____          **Address:** _____
                                                                         _____

**Bar Number:**          _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    Bar Number if applicable    _____

Interpreter:       ☐ Yes ☐ No          **List language and/or dialect:**    _____

Matter to be SEALED:       ☒ Yes    ☐ No

       ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**          _____

☐ Already in Federal Custody as  _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

**Charging Document:**       ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**       ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
           accurately set forth above.

Date:  __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      WILLIAM R. HOLMES, a/k/a "Billy"_____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

3c

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA _____    **Category No.** _____    **Investigating Agency**  DEA/MSP _____

**City**  Lynn, MA _____    **Related Case Information:**

**County**  Essex _____    Superseding Ind./ Inf.  x _____    Case No.  04-10299-PBS ___
Same Defendant _____    New Defendant  X _____
Magistrate Judge Case Number   _____
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  GENE A. ANDERSON _____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address  87 Broad Street #1, Lynn, MA _____

Birth date (Year only):  1970  SSN (last 4 #):  0733  Sex  M  Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____    **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

   ☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant      GENE A. ANDERSON _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: