UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. 04-cr-10299-PBS |
| ) | |
| GIOVANNI AVILA ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify conditions of his release as follows:

By permitting his daughter, Daniela, to travel to San José, Costa Rica from July 26, 2005 to August 9, 2005 to visit with her maternal grandfather and family, and by allowing her to have possession of her passport from Pretrial Services for the purpose of using it on that trip.

Counsel for the defendant has provided to Assistant United States Attorney Neil Gallagher the name, address, and telephone of Daniela's maternal grandfather with whom she will be staying in Costa Rica. After reviewing that information, AUSA Gallagher has informed counsel that the government has no objection to the instant motion.

                              Giovanni Avila
                              By his attorney,

                              /s/Michael F. Natola

July 20, 2005
                              MICHAEL F. NATOLA
                              BBO No. 367580
                              McBRIDE and NATOLA
                              240 Commercial Street, Suite 2B
                              Boston, Massachusetts 02109
                              Tel. (617) 367-8844
                              Fax (617) 523-5153
                              E-mail MFNatola@aol.com

**CERTIFICATE OF SERVICE**

      I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing was served the above date upon the following person electronically:

Neil Gallagher, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

Pretrial Services Office
One Courthouse Way
Boston, MA 02210

                                       /s/Michael F. Natola
                                       _____
                                       MICHAEL F. NATOLA