UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>GIOVANNI AVILA ) | No. 04-cr-10299-PBS |

## MOTION TO MODIFY TEMPORARILY CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify temporarily the conditions of his release as follows:

By permitting him to travel to and from Chicago, Illinois from October 31 to November 5, 2005, and to exempt him from reporting to Pretrial Services during that time.

In support hereof, the defendant respectfully says that he desires to travel to Chicago with his wife for a brief vacation.

Counsel for the defendant has solicited the assent of Assistant United States Attorney Neil Gallagher, and AUSA Gallagher has informed counsel that the government has no objection to the instant motion.

                                            Giovanni Avila
                                            By his attorney,

                                            /s/ Michael F. Natola
                                            _____

October 21, 2005                      MICHAEL F. NATOLA
                                            BBO No. 367580
                                            63 Atlantic Avenue
                                            Boston, Massachusetts 02110
                                            Tel. (617) 367-1199
                                            Fax (617) 227-3384
                                            E-mail MFNatola@aol.com

**CERTIFICATE OF SERVICE**

      I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing was served the above date upon the following person electronically:

Neil Gallagher, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA  02210

/s/Michael F. Natola
_____
MICHAEL F. NATOLA