UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO. 04-10299-PBS |
| v. | |

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                         November 21, 2005

    Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                    CRIMINAL ACTION
                    NO. 04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                     November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                                 By the Court,

                                                 /s/ Robert C. Alba
                                                 Deputy Clerk

Copies to: All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                              November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

_/s/ Robert C. Alba__
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>HOWARD GREENBERG<br>CHRISTIAN GERMOSEN<br>PHILLIP ASARO<br>SILVESTRE LIZARDI<br>GIOVANNI AVILA<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>BENITO GRULLON<br>MARTIN CERNA-GARCIA<br>CARLOS RAFAEL ROJAS<br>CARLOS ORLANDO ARGUETA-MARCARIO<br>WILLIAM HOLMES<br>GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                               November 21, 2005

Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                      November 21, 2005

    Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                By the Court,

                /s/ Robert C. Alba
                Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>HOWARD GREENBERG<br>CHRISTIAN GERMOSEN<br>PHILLIP ASARO<br>SILVESTRE LIZARDI<br>GIOVANNI AVILA<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>BENITO GRULLON<br>MARTIN CERNA-GARCIA<br>CARLOS RAFAEL ROJAS<br>CARLOS ORLANDO ARGUETA-MARCARIO<br>WILLIAM HOLMES<br>GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                              November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                              By the Court,

                                               /s/ Robert C. Alba
                                              Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                     November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

               By the Court,

                /s/ Robert C. Alba
               Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>HOWARD GREENBERG<br>CHRISTIAN GERMOSEN<br>PHILLIP ASARO<br>SILVESTRE LIZARDI<br>GIOVANNI AVILA<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>BENITO GRULLON<br>MARTIN CERNA-GARCIA<br>CARLOS RAFAEL ROJAS<br>CARLOS ORLANDO ARGUETA-MARCARIO<br>WILLIAM HOLMES<br>GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                      November 21, 2005

Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel