UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.      )<br>)<br>)<br>GIOVANNI AVILA ) | No. 04-cr-10299-PBS |

**MOTION TO CONTINUE TRIAL DATE (ASSENTED)**

The defendant respectfully moves the Court to continue his trial date from February 27, 2006 to July 10, 2006.

In support hereof, the defendant respectfully says:

Counsel for the defendant has a firm trial date on March 20, 2006 before Judge Lindsay in the case styled United States v. Anthony Bucci, Et Al., docket no. 04-cr-10194-RCL. That trial is estimated to last two to three weeks. During the months of February and March, counsel will be making final preparations for trial, including drafting motions in limine, voir dire questions, jury instructions, witness and exhibit lists, and a trial brief, and otherwise generally preparing for trial. Counsel, who is a sole practitioner, will not be able, physically and mentally, to try the instant case and the Bucci case back-to-back without seriously compromising his effectiveness for both clients.

Counsel and the attorney for the government have been working together with the voluminous discovery in this case, including documents and intercepted conversations, in an effort to reach an agreement with respect to the quantity of drugs for which the defendant ought to be held responsible. The attorney for the government has been involved in similar efforts with counsel for numerous co-defendants as well.

Both counsel for the defendant and the attorney for the government believe that

the instant case will very likely be resolved short of trial. However, in light of the foregoing, they both need additional time to complete negotiations aimed at a guilty plea by the defendant.

The trial of other defendants similarly situated has previously rescheduled by the Court to July 10, 2006.

Finally, Assistant United States Attorney Neil Gallagher has informed counsel that the government has no objection to the instant motion.

                                          Giovanni Avila
                                          By his attorney,

                                          /s/Michael F. Natola
                                          _____

January 26, 2006                    MICHAEL F. NATOLA
                                          BBO No. 367580
                                          63 Atlantic Avenue
                                          Boston, Massachusetts 02110
                                          Tel. (617) 367-1199
                                          Fax (617) 227-3384
                                          E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing was served the above date upon the following person electronically:

Neil Gallagher, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

                                          /s/Michael F. Natola
                                          _____
                                          MICHAEL F. NATOLA