UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.     )<br>)<br>)<br>GIOVANNI AVILA ) | No. 04-cr-10299-PBS |

**MOTION FOR LEAVE TO RE-MORTGAGE PROPERTY
AND FOR SUBORDINATION OF MORTGAGE (ASSENTED)**

The defendant respectfully moves the Court for leave to re-mortgage in the amount of $249,000.00 the real property located at 7A Buffum Street Ext., Salem, Massachusetts that is now partially securing his appearance bond; and to order the Clerk of the Court to give to him a written subordination to the new re-mortgage, in proper form for recording, of the mortgage given by the defendant to the Clerk on that property.

The defendant stipulates and agrees that the properties located in Lynn and Swampscott, Massachusetts which are also partially securing his bond shall remain as security for that bond.

In support hereof, the defendant respectfully says:

1. He has given the Clerk of the Court mortgages on three properties in Lynn, Swampscott, and Salem, Massachusetts to secure his release bond.

2. The Salem property has a prior mortgage with an approximate present principal balance of $249,000.00.

3. That mortgage secures a three-year "balloon" note which has matured and is now due and payable in full.

4. The defendant needs to pay that note with a note of equal amount so that the bank will not commence foreclosure proceedings.

5. In order to do that, the defendant must secure new financing in the same amount, taking no equity out of the property.

6. In order to secure new financing, he must first obtain a subordination of the mortgage held by the Clerk to the intended new financing.

7. The government will be in the same position as it is presently if the defendant obtained new financing for the property and the Clerk subordinated its mortgage to that new financing; thus the government will in no way be prejudiced or its position compromised by the re-mortgage of the property and the subordination of the Clerk's mortgage as requested.

8. Counsel for the defendant has solicited and obtained the assent of AUSA Neil Gallagher to the instant motion.

                                    Giovanni Avila
                                    By his attorney,


                                    /s/Michael F. Natola
                                    _____
March 21, 2006                      MICHAEL F. NATOLA
                                    BBO No. 367580
                                    63 Atlantic Avenue
                                    Boston, Massachusetts 02110
                                    Tel. (617) 367-1199
                                    Fax (617) 227-3384
                                    E-mail MFNatola@aol.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney Neil Gallagher.

                                    /s/ Michael F. Natola
                                    _____