UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>            Plaintiff,       )<br>                                )<br>      v.                        )<br>                                )<br> GIOVANNI E. AVILA, et al.,     )<br>            Defendants.         ) | Criminal Case No. 04-10299-PBS |

**<u>UNITED STATES' ASSENTED-TO MOTION FOR RELEASE OF LIS PENDENS</u>**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the <u>lis</u> <u>pendens</u> recorded on August 29, 2005, at the South Essex County Registry of Deeds at Book 24756, Page 439, against the real property located at 88 Windsor Street, Swampscott, Massachusetts (the "Property").

As grounds for this motion, the United States had specifically sought forfeiture of the Property under 21 U.S.C. §853 as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a criminal offense.  After further investigation, the United States will not seek forfeiture of the Property and asks that this Court release the <u>lis</u> <u>pendens</u> on the Property.

The United States has conferred with counsel for the Defendant and counsel has assented to this motion.

WHEREFORE, the United States requests that the Court authorize the lis pendens to be released. A proposed Release of lis pendens is submitted herewith for consideration by the Court.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: /s/ Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3100

Date: August 9, 2006

## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Jennifer H. Zacks
        Jennifer H. Zacks
        Assistant U.S. Attorney

Date: August 9, 2006