UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff, | )<br>)<br>) | Criminal Case No. 04-10299-PBS |
| v. | )<br>) | Record Owner:<br>Giovanni E. Avila |
| GIOVANNI E. AVILA, et al.,<br>       Defendants. | )<br>)<br>)<br>) | Property:<br>88 Windsor Avenue,<br>Swampscott, Massachusetts |
| | )<br>)<br>) | Deed:<br>South Essex County<br>Book 13087, Page 28[1] |

## RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby release the *lis pendens* recorded at the South Essex County Registry of Deeds in Book 24756, Page 439, against the real property located at 88 Windsor Avenue, Swampscott, Massachusetts. For title to the property, see Quitclaim Deed recorded at Book 13087, page 28, of the South Essex County Registry of Deeds, in the name of Giovanni E. Avila, reflecting the conveyance of the property on June 30, 1995, by Quitclaim Deed of Thomas F. Curran to Giovanni E. Avila and Sandra Miranda.

---

[1] In the *lis pendens* filed on August 28, 2005, the deed for the property was inadvertently listed as being recorded at Book 23089, page 204. The deed for the property is actually recorded at Book 13087, Page 28.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                     By:    /s/ Jennifer H. Zacks
                                      Jennifer H. Zacks
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3100


Dated: August 9, 2006

    Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.


Subscribed to and sworn before me this 9th day of August, 2006.

                                      /s/ Janine M. Duffy
                                      Janine M. Duffy
                                      Notary Public

                                      My Commission expires:
                                      October 9, 2009



JANINE M. DUFFY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Oct. 9, 2009


SO ORDERED AND ENDORSED:

_____
PATTI B. SARIS
United States District Judge

Dated: _____