**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CR No. 04-10299-PBS |
| DEFENDANT: Giovanni Avila | TYPE OF PROCESS: Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Michelle Doucette, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code):
Shaheen, Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, Massachusetts 01845

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:
Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced individual by certified mail, return receipt requested. JMD x3296

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: August 3, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin No. 38 | District to Serve No. 38 | Date: 8/4/06 |

Date of Service: 8/14/06

REMARKS: 8/4/06 Certified # 7006 0100 0005 0885 2301 Delivery (no date on card). (4)

Stamp: RECEIVED MARSHALS SERVICE BOSTON, MA / FILED CLERK'S OFFICE 2006 AUG 18 P 4:38 U.S. DISTRICT COURT DISTRICT OF MASS

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

PRIOR EDITIONS MAY BE USED

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT