UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                   CRIMINAL ACTION
                                   NO.   04-10299-PBS

       v.

GIOVANNI AVILA

## NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                       September 25, 2006

         The Sentencing previously scheduled for September 28, 2006, has been **rescheduled** to **October 25, 2006, at 4:15 p.m.**

By the Court,


 /s/ Robert C. Alba 
Deputy Clerk

Copies to:  All Counsel

resched.ntc