UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,             )
                                      )
            v.                        )
                                      )   Criminal No. 04-10299-PBS
                                      )
GIOVANNI AVILA, a/k/a "Gio",          )
a/k/a "the Painter",                  )
            Defendant.                )

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Final Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. §853 and Fed.R.Crim.P. 32.2. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On March 23, 2005, a federal grand jury sitting in the District of Massachusetts returned a nine-count Second Superseding Indictment charging Giovanni Avila (the "Defendant") and others with, <u>inter alia</u>, Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §846 (Count One)[1].

2. The Second Superseding Indictment also contained a forfeiture allegation pursuant to 21 U.S.C. §853. The forfeiture allegation of the Second Superseding Indictment sought forfeiture,

---

[1] The remaining counts of the Second Superceding Indictment did not name the Defendant.

pursuant to 21 U.S.C. §853, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses charged, and/or any property used and/or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including, but not limited to, the following:

(a) $1,150.00 in United States currency, seized from the Defendant on or about May 1, 2004;

(b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, MA, on or about May 1, 2004; and

(c) Real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds

(collectively, the "Defendant Properties").

3. The forfeiture allegation also provided that if any forfeitable assets, as a result of any act or omission of the Defendant, (a) cannot be located upon the exercise of due diligence; (b) have been transferred or sold to, or deposited with, a third party; (c) have been placed beyond the jurisdiction of the Court; (d) have been substantially diminished in value; or (e) have been commingled with other property which cannot be subdivided without difficulty, that it was the intention of the United States, pursuant to Title 21 U.S.C. §853(p), to seek forfeiture of any

other property of the Defendant up to the value of such forfeitable assets.

4.   On June 30, 2006, the Defendant pled guilty to Count One of the Second Superseding Indictment pursuant to a written plea agreement and agreed to forfeit the Defendant Properties.

5.   On July 28, 2006, this Court issued a Preliminary Order of Forfeiture against the Defendant's interest in the Defendant Properties.

6.   On August 10, 2006, August 17, 2006 and August 24, 2006, a notice of order of forfeiture was published in the <u>Boston Herald</u> newspaper pursuant to 21 U.S.C. §853(n).  In addition, notice of the Preliminary Order of Forfeiture was served on the following people:

    a)   Giovanni Avila, #80439038, Norfolk County House of Corrections, 200 West Street, Dedham, MA 02026;

    b)   Michelle Doucette, Esquire, Shaheen, Guerrera & O'Leary, LLC, 820A Turnpike Street, North Andover, MA 01845;

    c)   TD BankNorth Attn. Diane Whitten, 370 Main Street, Worcester, MA 01608-1723;

    d)   David M. Mindin, Kraft & Hall, 800 Broadway, Chelsea, MA 02150; and

    e)   Michael F. Natola, Esquire, 63 Atlantic Avenue, Suite 2B, Boston, MA 02110.

7.   As of this date, no claims of interest in the Defendant Properties have been filed with the Court or served on the United States Attorney's Office and the time within which to do so expired

on September 25, 2006.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Defendant Properties in the form submitted herewith.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  /s/ Kristina E. Barclay
     NEIL J. GALLAGHER
     KRISTINA E. BARCLAY
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100

Date: October 13, 2006

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant U.S. Attorney

Date: October 13, 2006