UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>GIOVANNI AVILA ) | No. 04-cr-10299-PBS |

## MOTION FOR DISCHARGE OF MORTGAGE

The defendant respectfully moves the Court to order the Clerk to issue to Giovanni Avila, Trustee of the Daniela Realty Trust and to Sandra Miranda, Trustee of the Windsor Daniela Giovanni Avila II Realty Trust discharges of the mortgages on real property in Lynn and Swampscott, Massachusetts given by the said individuals to the Clerk as collateral for the release on conditions of the defendant in the instant action.

In support hereof, the defendant respectfully says that he has entered a plea of guilty and has been sentenced in the instant action, the terms and conditions of his release have been revoked, and he is presently in the custody of the Attorney General. Accordingly, the purpose of the mortgages to the Clerk no longer exists, and the mortgages ought to be discharged.

        Respectfully submitted
        Giovanni Avila
        By his attorney,

        /s/Michael F. Natola
        _____

November 3, 2006        MICHAEL F. NATOLA
        BBO No. 367580
        63 Atlantic Avenue
        Boston, Massachusetts 02110
        Tel. (617) 367-1199
        Fax (617) 227-3384
        E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney Neil Gallagher.

                  _____
                  /s/ Michael F. Natola