UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No. 04-10299-PBS |
| ) | |
| GIOVANNI AVILA,        ) | |
| Defendant.   ) | |

**MOTION TO CORRECT JUDGMENT**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Rule 36[1] of the Federal Rules of Criminal Procedure, for an Order correcting the October 27, 2006 Judgment in a Criminal Case (Docket No. 568) to reflect the Court's entry of an order of forfeiture regarding certain assets.

As grounds therefor, the government states that on July 28, 2006, this Court entered a Preliminary Order of Forfeiture ordering forfeiture of defendant Giovanni Avila's (the "Defendant") interest in the following:

(a) $1,150.00 in United States currency, seized from the Defendant on or about May 1, 2004;

(b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, MA, on or about May 1, 2004; and

---

[1] "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, or other part of the record, or correct an error in the record arising from oversight or omission." Fed.R.Crim.P. 36.

1

    (c) Real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds,

(collectively, the "Properties").  See Docket No. 480.  On October 25, 2006, the Court sentenced the Defendant and included forfeiture in the oral pronouncement of the sentence.  However, the subsequent Judgment in a Criminal Case did not address the forfeiture previously ordered by the Court.  See Docket No. 568.

  Rule 32.2 of the Federal Rules of Criminal Procedure provides in pertinent part:

> If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment or directing the forfeiture of a specific property without regard to any third party's interest in all or part of it.

Fed.R.Crim.P. 32.2(b)(2).  Rule 32.2 further provides:

> At sentencing ... the order of forfeiture becomes final as to the defendant and must be made part of the sentence and be included in the judgment.

Fed.R.Crim.P. 32.2(b)(3).  Although captioned "Preliminary Order of Forfeiture," this Court's July 28, 2006 Order was final as to the Defendant's interests in the Properties and should be made part of the Judgment in a Criminal Case, pursuant to Rule 32.2.

  WHEREFORE, the United States moves that the Judgment in a

Criminal Case be amended to include this Court's order of forfeiture for the Properties.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN,
                                          United States Attorney

                              By:  /s/ Kristina E. Barclay
                                   NEIL J. GALLAGHER
                                   KRISTINA E. BARCLAY
                                   Assistant U.S. Attorneys
                                   United States Courthouse
                                   Suite 9200
                                   1 Courthouse Way
                                   Boston, MA 02210
                                   (617) 748-3100

Dated: November 8, 2006

## CERTIFICATE OF SERVICE

    I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing Motion to Correct Judgment, was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/Kristina E. Barclay
                                          Kristina E. Barclay
                                          Assistant U.S. Attorney

Dated: November 8, 2006