UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | |
| v. ) | No. 04-cr-10299-PBS |
| ) | |
| ) | |
| GIOVANNI AVILA ) | |

## MOTION FOR RETURN OF PASSPORTS

The defendant respectfully moves the Court to order the Pretrial Services office to return the passports of his wife, Sandra Miranda, son, Giovanni Avila, Jr., and daughter, Daniela Avila to them.

In support hereof, the defendant respectfully says that he has entered a plea of guilty and has been sentenced in the instant action; the terms and conditions of his release have been revoked, and he is presently in the custody of the Attorney General. Accordingly, the purpose of the surrender of the passports to Pretrial Services no longer exists, and the passports ought to be returned.

                Respectfully submitted
                Giovanni Avila
                By his attorney,

                /s/Michael F. Natola
                _____
November 10, 2006        MICHAEL F. NATOLA
                BBO No. 367580
                63 Atlantic Avenue
                Boston, Massachusetts  02110
                Tel. (617) 367-1199
                Fax (617) 227-3384
                E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney Neil Gallagher.

                                       /s/ Michael F. Natola
                                       _____