```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )
                              )    Criminal No. 04-10299-PBS
                              )
GIOVANNI AVILA, a/k/a "Gio",  )
a/k/a "the Painter",          )
          Defendant.          )
```

**JOINT MOTION FOR AMENDED FINAL ORDER OF FORFEITURE**

The United States and defendant Giovanni Avila (the "Defendant"), by and through their attorneys, jointly move that this Court amend the Final Order of Forfeiture issued on November 1, 2006 (Docket No. 573). A proposed Amended Final Order of Forfeiture is submitted herewith. In support thereof, the parties forth the following:

1.   On March 23, 2005, a federal grand jury sitting in the District of Massachusetts returned a nine-count Second Superseding Indictment charging the Defendant and others with, <u>inter</u> <u>alia</u>, Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846 (Count One)[1].

2.   The Second Superseding Indictment also contained a forfeiture allegation pursuant to 21 U.S.C. § 853.  The forfeiture allegation of the Second Superseding Indictment sought forfeiture, pursuant to 21 U.S.C. § 853, of any and all property

---

[1] The remaining counts of the Second Superceding Indictment did not name the Defendant.

1

constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses charged, and/or any property used and/or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including, but not limited to, the following:

    (a) $1,150.00 in United States currency, seized from the Defendant on or about May 1, 2004;

    (b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, MA, on or about May 1, 2004; and

    (c) Real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds (the "Real Property");

(collectively, the "Properties").

    3. On November 1, 2006, this Court entered a Final Order of Forfeiture, forfeiting the Properties to the United States. See Docket No. 573.

    4. The parties subsequently agreed that the Defendant will forfeit $140,000.00 in United States Currency to the United States, in lieu of the Real Property. The parties further agreed that, no later than December 29, 2006, the Defendant shall deliver to the United States Attorney's Office a certified, cashier's or treasurer's check made payable to the United States

Marshals Service, in the amount of $140,000.00. Upon deposit of such funds, the United States will move for release of the <u>Lis Pendens</u> recorded at Book 24756, Page 444 of the South Essex County Registry of Deeds on August 29, 2005.

WHEREFORE, the parties respectfully request that this Court enter an Amended Final Order of Forfeiture in the form submitted herewith.

    Respectfully submitted,

| GIOVANNI AVILA | MICHAEL J. SULLIVAN, |
| --- | --- |
|  | UNITED STATES ATTORNEY |
| By: <u>/s/Michael F. Natola</u> | By: <u>/s/Kristina E. Barclay</u> |
| MICHAEL F. NATOLA | KRISTINA E. BARCLAY |
| 63 Atlantic Avenue | Assistant US Attorney |
| Suite 2B | John Joseph Moakley Federal |
| Boston, MA 02110 | Courthouse |
|  | One Courthouse Way |
|  | Suite 9200 |
|  | Boston, MA 02210 |
| Date: December 6, 2006 | Date: December 6, 2006 |

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Kristina E. Barclay
                                          Kristina E. Barclay
                                          Assistant U.S. Attorney

Date: December 6, 2006