UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 04-10299-PBS |
| | ) |
| GIOVANNI AVILA, a/k/a "Gio", | ) |
| a/k/a "the Painter", | ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

**SARIS, D.J.**

WHEREAS, on March 23, 2005, a federal grand jury sitting in the District of Massachusetts returned a nine-count Second Superseding Indictment charging the Defendant and others with, <u>inter alia</u>, Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846 (Count One)[1];

WHEREAS, the Second Superseding Indictment also contained a Forfeiture Allegation pursuant to 21 U.S.C. § 853, which sought forfeiture of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of such offenses, and/or any property used and/or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including, but not limited to, the following:

---

[1] The remaining counts of the second superceding indictment did not name the Defendant.

1

      (a)    $1,150.00 in United States currency, seized from the Defendant on or about May 1, 2004;

      (b)    $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, MA, on or about May 1, 2004; and

      (c)    Real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds (the "Real Property"),

(collectively, the "Properties");

WHEREAS, on July 28, 2006, this Court issued a Preliminary Order of Forfeiture against the Defendant's interest in the Properties;

WHEREAS, notice of the Preliminary Order of Forfeiture was served on all interested parties, and on August 10, 2006, August 17, 2006 and August 24, 2006, a notice of order of forfeiture was published in the Boston Herald newspaper pursuant to 21 U.S.C. § 853(n);

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office and the time within which to do so expired on September 25, 2006;

2

WHEREAS, on November 1, 2006, this Court entered a Final Order of Forfeiture, forfeiting the Properties to the United States;

WHEREAS, the parties subsequently agreed, as set forth in the Joint Motion for Amended Final Order of Forfeiture, that the Defendant will forfeit $140,000.00 in United States Currency to the United States, in lieu of the forfeiture of the Real Property.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Joint Motion for Amended Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the following, and they are hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853:

    (a) $1,150.00 in United States currency, seized from the Defendant on or about May 1, 2004; and

    (b) $19,000.00 in United States currency, seized from Giovanni's Auto Body, 892 Washington Street, Lynn, MA, on or about May 1, 2004.

3. The Defendant shall forfeit $140,000.00 in United States currency, in lieu of the Real Property. No later than December 29, 2006, the Defendant shall deliver to the United States Attorney's Office a certified, cashier's or treasurer's

check made payable to the United States Marshals Service, in the amount of $140,000.00. The United States of America is entitled to the forfeiture of all right, title or interest in such funds, and they are hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

4. All other parties, having any right, title, or interest in the Properties are hereby held in default.

5. Upon the delivery by the Defendant of a certified, cashier's or treasurer's check made payable to the United States Marshals Service, in the amount of $140,000.00, the United States shall file with this Court a motion for release of the <u>Lis Pendens</u> recorded at Book 24756, Page 444 of the South Essex County Registry of Deeds on August 29, 2005.

_____
PATTI B. SARIS
United States District Judge

Date: 12/11/06