UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10299-PBS |
| ) | |
| GIOVANNI AVILA, ) | |
| Defendant. ) | |

**UNITED STATES' MOTION FOR RELEASE OF *LIS PENDENS***

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the Lis Pendens recorded on August 29, 2005, at the South Essex County Registry of Deeds at Book 24756, Page 444, against the real property located at 7A Buffum Street, Salem, Massachusetts (the "Property").

As grounds for this motion, the United States had specifically sought forfeiture of the Property under 21 U.S.C. § 853 as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a criminal offense. The United States and counsel for the Defendant subsequently reached an agreement whereby the Defendant forfeited cash in lieu of the Property. Because the United States no longer has an interest in the Property in connection with this case, a release of Lis Pendens is appropriate.

1

WHEREFORE, the United States requests that the Court authorize the Lis Pendens to be released.  A proposed Release of Lis Pendens is submitted herewith for consideration by the Court.

        Respectfully submitted,

        MICHAEL J. SULLIVAN,
        United States Attorney


By:  /s/ Kristina E. Barclay
     NEIL J. GALLAGHER
     KRISTINA E. BARCLAY
     Assistant U.S. Attorneys
     United States Courthouse
     Suite 9200
     1 Courthouse Way
     Boston, MA 02210
     (617) 748-3100

Date: January 8, 2007

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing Motion to Correct Judgment, was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/Kristina E. Barclay
        Kristina E. Barclay
        Assistant U.S. Attorney

Date: January 8, 2007