```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 04-10299-PBS |
| v. ) | |
| ) | Record Owner: |
| ) | Giovanni E. Avila |
| GIOVANNI E. AVILA, ) | |
| Defendant. ) | Property: |
| ) | 7A Buffum Street, |
| ) | Salem, Massachusetts |
| ) | |
| ) | Deed: |
| ) | South Essex County |
| ) | Book 23089, Page 215 |

**RELEASE OF LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 7A Buffum Street, Salem, Massachusetts (the "Property"). For title to the Property, see Quitclaim Deed recorded at Book 23089, Page 215 of the South Essex County Registry of Deeds.

The Lis Pendens was recorded on August 29, 2005, at the South Essex County Registry of Deeds at Book 24756, Page 444.

Signed under the pains and penalties of perjury this 5th day of January 5, 2007.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: _____
                                        Kristina E. Barclay
                                        Assistant U.S. Attorney
                                        1 Courthouse Way
                                        Suite 9200
                                        Boston, MA  02210
Dated: January 5, 2007            (617) 748-3100

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.                                                                 Boston

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 5th day of January, 2007.

                                          _____
                                          Notary Public
                                          My Commission expires: 10/09/09

JANINE M. DUFFY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Oct. 9, 2009

APPROVED AND SO ORDERED:


_____
Patti B. Saris
United States District Judge
Dated: _____, 2007