# SHAHEEN GUERRERA & O'LEARY, LLC

Peter G. Shaheen**
Nicholas S. Guerrera**
Sean P. O'Leary**
Carol A. O'Leary†
Michelle L. Doucette*

Jefferson Office Park
820X Turnpike Street
North Andover, Massachusetts 01845
Telephone: (978) 689-0800 Toll Free: (866) 665-5834
Facsimile: (978) 794-0890
E-Mail: pshaheen@sgolawoffice.com

* Admitted in MA
** Admitted in MA and NH
† Admitted in MA, NH, ME and CT

January 4, 2007

*VIA FIRST CLASS AND*
*CERTIFIED MAIL R.R.R., 700531l0000250995362*

Clerk of the U.S. District Court
For the District of Massachusetts
1 Courthouse Way
Boston, MA 02108

*RE: Mortgagee's foreclosure under Power of Sale; Mortgage from Giovanni Avila, Trustee of Daniela Realty Trust to The Broadway National Bank of Chelsea, predecessor to TDBanknorth, N.A. secured by 892-896 Washington Street, Lynn, MA dated January 23, 2003 and recorded with Essex South Registry of Deeds, Book 20159 Page 337*

Dear Sir/Madam:

In accordance with the provisions of G.L. c. 244 § 14, you are hereby notified of the foreclosure sale on the above-referenced property at 11:00AM on January 30, 2007, all in accordance with the attached legal notice of Mortgagee's Sale of Real Estate.

Very truly yours,

Peter G. Shaheen

Jcj
Enclosure

cc:  Jennifer H. Zacks, Esq.
     Assistant U.S. Attorney
     By first class and certified mail: 700531l0000250995300

## MORTGAGEE'S NOTICE OF SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain Mortgage given by Giovanni Avila, Trustee of Daniela Realty Trust (u/d/t dated December 30, 1993 and recorded with Essex County [South] Registry of Deeds in Book 12349 Page 119) to The Broadway National Bank of Chelsea, predecessor in interest to TDBanknorth, N.A. dated January 23, 2003 and recorded with the Essex County (South District) Registry of Deeds at Book 20159 on Page 337 of which Mortgage the undersigned is the present holder for breach of the conditions of said Mortgage and for the purpose of foreclosing same will be sold at Public Auction at 11:00 AM on the 30th day of January, 2007 at 892-896 Washington Street, Lynn, Massachusetts, 01903, all and singular the premises described in said Mortgage, to wit:

The land in the City of Lynn, County of Essex and Commonwealth of Massachusetts, consisting of a certain parcel of land, together with the buildings thereon, known as 892-896 Washington Street, and bounded and described as follows:

| | |
|---|---|
| SOUTHWESTERLY | By Washington Street formerly called Beach Street, 87 feet, more or less; |
| SOUTHEASTERLY | by land now or formerly of the City of Lynn, formerly Beede, 163 feet, more or less |
| NORTHEASTERLY | by land formerly of I.H. Estes, 69 feet; and |
| NORTHWESTERLY | by land formerly of George Taylor, 118 feet, more or less. |

Excepting that portion conveyed to the City of Lynn by deed dated January 17, 1931, recorded with Essex South District Registry of Deeds in Book 2873 Page 2.

For title see deed recorded prior in the Essex South Registry of Deeds at Book 12349, Page 135.

The premises are to be sold subject to and with the benefit of all easements, restrictions, building and zoning laws, unpaid taxes, tax titles, water bills, municipal liens and assessments, rights of tenants and parties in possession.

The Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale and to further postpone at any adjourned sale date by public proclamation at the time and date appointed for the adjourned sale date.

In the event that any successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of the foreclosure, the Mortgagee reserves the right to sell such property by Foreclosure Deed to the second

highest bidder, that the second highest bidder shall deposit with the Mortgagee's attorneys, Shaheen Guerrera & O'Leary, 820A Turnpike Street, North Andover, Massachusetts 01845, the amount of the required deposit as set forth herein within three (3) business days after written notice of default of the previous highest bidder and title to such property shall be conveyed to said second highest bidder within twenty (20) days of said notice.

TERMS OF SALE:

A deposit of TEN THOUSAND DOLLARS AND 00 CENTS ($10,000.00) shall be required to be paid to the mortgagee by certified or bank's cashier check at the time and place of sale. The balance of the purchase price is to be paid by certified check or by bank's cashier check in or within 30 (days) from the date of the sale Shaheen Guerrera & O'Leary at 820A Turnpike Street, North Andover, MA 01845. **TIME WILL BE OF THE ESSENCE.**

Other terms if any, to be announced at the sale.

TDBanknorth, N.A
Present Holder of said Mortgage,
By Its Attorney,
Michelle L. Doucette, Esq.
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA 01845
978-689-0800