## MORTGAGE DISCHARGE

For Value Received, the **Clerk of the United States District Court for the District of Massachusetts**, holder of a mortgage covering the premises located at **892-896 Washington Street, Lynn, Massachusetts**, from Giovanni Avila, Trustee, Daniela Realty Trust, dated July 2, 2004, and recorded with the Essex South District Registry of Deeds at Book 25397, Page 569 hereby DISCHARGES the said mortgage, the conditions of the said mortgage having been satisfied in full.

In witness whereof, the Clerk of the United States District Court for the District of Massachusetts has caused the Seal of the Court to be affixed hereunto, and this discharge to be signed by SARAH ALLISON THORNTON this 28 day of February 2007.

_____
(Clerk) Assistant Clerk

Commonwealth of Massachusetts

Suffolk, SS.                                                                  FEBRUARY 28, 2007

On this, the 28th day of FEBRUARY, 2007, before me, the undersigned notary public, appeared SARAH ALLISON THORNTON, personally known to me to be the person whose name is signed on the preceding document and acknowledged to me that he she signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires:

Judith A. Litwin
Notary Public
My Commission Expires
January 8, 2010