## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**            ) | |
| )   | |
| )   | |
| v.            ) | No. 04-CR-10299-PBS |
| )   | |
| )   | |
| **GIOVANNI AVILA**            ) | |
| _____ | |

## WAIVER OF APPEARANCE

The defendant hereby waives his right to appear at the hearing on Sealed Motion (docket number 766) on January 5, 2009 at 2:30 p.m.

                Giovanni Avila
                By his attorney,

                /s/Michael F. Natola
                _____

December 10, 2008      MICHAEL F. NATOLA
                BBO No. 367580
                63 Atlantic Avenue
                Boston, Massachusetts 02110
                Tel. (617) 367-1199
                Fax (617) 227-3384
                E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served the above date electronically upon Assistant U.S. Attorney Neil Gallagher.

                _____
                /s/ Michael F. Natola