# MORTGAGE DISCHARGE

For Value Received, the **Clerk of the United States District Court for the District of Massachusetts**, holder of a mortgage covering the premises located at **88 Windsor Avenue, Swampscott, Massachusetts**, from Giovanni Avila, Trustee, Daniela Realty Trust, dated July 2, 2004, and recorded with the Essex South District Registry of Deeds at Book 25397, Page 561 hereby DISCHARGES the said mortgage, the conditions of the said mortgage having been satisfied in full.

In witness whereof, the Clerk of the United States District Court for the District of Massachusetts has caused the Seal of the Court to be affixed hereunto, and this discharge to be signed by _____ this ____ day of _____, 2015.

_____
Clerk    Assistant Clerk

Commonwealth of Massachusetts

Suffolk, SS.                                                           _____, 2015

On this, the _____ day of _____, 2015, before me, the undersigned notary public, appeared _____, personally known to me to be the person whose name is signed on the preceding document and acknowledged to me that  he  she  signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires: