UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES )
)
)
v. ) No. 04-cr-10299-PBS
)
)
GIOVANNI AVILA )

**_UNOPPOSED_**

## MOTION FOR DISCHARGE OF MORTGAGE

The defendant respectfully moves the Court to order the Clerk to issue to Giovanni Avila, Trustee of the Daniela Realty Trust and to Sandra Miranda, Trustee of the Windsor Daniela Giovanni Avila Realty Trust discharges of the mortgage on real property located at 88 Windsor Ave. Swampscott, Massachusetts given by the said individuals to the Clerk as collateral for the release on conditions of the defendant in the instant action.

In support hereof, the defendant respectfully says that he has entered a plea of guilty and has been sentenced in the instant action, the terms and conditions of his release have been revoked, and he is presently in the custody of the Attorney General. Accordingly, the purpose of the mortgages to the Clerk no longer exists, and the mortgages ought to be discharged.

Finally, on this date Assistant U.S. Attorney Neil Gallagher told counsel for the defendant that the government had no objection to the instant motion.

Respectfully submitted
Giovanni Avila
By his attorney,

/s/Michael F. Natola

April 21, 2015
MICHAEL F. NATOLA
BBO No. 367580
Natola Associates, LLC
Lawyers & Mediators
75 Andover Street, Suite 205
Danvers, Massachusetts 01923

[handwritten margin notes: "Paul B San Puan", "4/23/15 allowed"]