## DISCHARGE OF MORTGAGE

I, ROBERT M. FARRELL, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Windsor Giovanni: Daniela Avila II Realty Trust to the Clerk of the United States District Court for the District of Massachusetts, for property located at 88 Windsor Avenue, Swmpscott, MA dated July 2, 2004 and recorded on February 23, 2006 in the official records book of Essex County (Southern) registered in Book 25397, Page 561 acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this __11th__ day of May, 2015.

_____
ROBERT M. FARRELL, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this __11th__ day of May, 2015 before me, the undersigned notary public, personally appeared ROBERT M. FARRELL, Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document in my presence.

_____
Notary Public
My commission expires:

TRACY J. MCLAUGHLIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 18, 2015