AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 04-CR-10299 |
| Luis DeJesus | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 08/28/2015

/s/:
*Attorney's signature*

Eric S. Rosen (NY 4412326)
*Printed name and bar number*

U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

eric.rosen@usdoj.gov
*E-mail address*

(617) 748-3412
*Telephone number*

(617) 748-3965
*FAX number*